Pankaj S. Raval (SBN 273973)
**CARBON LAW GROUP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: (323) 543-4453
Email: trademarks@carbonlg.com
ATTORNEY FOR PLAINTIFF AND COUNTER-DEFENDANT
AGRO FOODS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| AGRO FOODS, INC., a California corporation,<br>Plaintiff,<br>v.<br>ONKAR TRADING, LLC, a Pennsylvania limited liability company; and DOES 1 to 50,<br>Defendants.<br>AND COUNTERCLAIMS. | Case No. 5:24-cv-02378-SSS (DTBx)<br>The Hon. Sunshine S. Sykes<br>**PLAINTIFF AGRO FOODS, INC.'S EVIDENTIARY OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF DEFENDANT ONKAR TRADING LLC'S MOTION FOR SUMMARY JUDGMENT**<br>**[Fed. R. Civ. P. 56(c)(2)]**<br>Date: October 2, 2026<br>Time: 2:00 p.m.<br>Ctrm: 2, 2nd Floor<br>Trial Date: January 4, 2027 |

Pursuant to Federal Rule of Civil Procedure 56(c)(2), Plaintiff and Counter-Defendant Agro Foods, Inc. objects to the following material cited by Defendant and Counter-Claimant Onkar Trading LLC. Agro does not object to the form in which the material was submitted. It objects that Onkar has identified no witness or other evidentiary basis competent to establish the substantive propositions for which the material is offered, and the burden of showing that material may be presented in an admissible form rests with its proponent. Fed. R. Civ. P. 56(c)(2) advisory committee's note to 2010 amendment.

| **Material Objected To** | **Objection** |
|---|---|
| 1. Kwatra Decl. ¶ 2 (Dkt. 85-3): "Since at least 2008, Udta Panchhi brand smokeless tobacco has been widely available for sale in India . . . identified on its face as manufactured by Shiv Tobacco Company . . . and identified its trademark owner as Archit Industries." | Lack of personal knowledge; speculation. Fed. R. Evid. 602. Hearsay as to the recital of trademark ownership. Fed. R. Evid. 802. Improper lay opinion on ownership. Fed. R. Evid. 701. No admissible form identified. Fed. R. Civ. P. 56(c)(2). |

| **Material Objected To** | **Objection** |
|---|---|
| 2. Kwatra Decl. ¶ 2 and Exhibit O thereto (Dkt. 85-3 at 5) — image said to show the product "as it appears on Indian shelves, and has appeared since 2008." | Lack of authentication — no date, source, or custody stated. Fed. R. Evid. 901(a). Lack of personal knowledge. Fed. R. Evid. 602. Hearsay as to the recitals borne on the packaging. Fed. R. Evid. 802. No admissible form identified. Fed. R. Civ. P. 56(c)(2). Agro does not object to the image offered to show what a purchaser would have seen; it objects to its use as proof of ownership or of what was sold in 2008. |

| Material Objected To | Objection |
|---|---|
| 3. Kwatra Decl. ¶ 3: "Udta Panchhi is a known and beloved brand to tobacco consumers in India, and throughout the worldwide Indian diaspora." | Lack of personal knowledge; improper lay opinion as to consumer state of mind. Fed. R. Evid. 602, 701. Relevance. Fed. R. Evid. 401, 402; *see Grupo Gigante S.A. de C.V. v. Dallo & Co.*, 391 F.3d 1088, 1098 (9th Cir. 2004) (requiring a showing as to "the relevant American market"). |
| 4. Kwatra Decl. ¶ 5: "[T]he Udta Panchhi that Evolution sold stated prominently, on its face, that it was Shiv's brand." | Improper lay opinion as to whose "brand" the goods were. Fed. R. Evid. 701. Hearsay as to the contents of the packaging. Fed. R. Evid. 802. Lack of personal knowledge. Fed. R. Evid. 602. |

| Material Objected To | Objection |
|---|---|
| 5. Kwatra Decl. ¶ 6 and Exhibit P thereto (Dkt. 85-3 at 7) — undated letter said to be Shiv's "explicit, written authorization." | Lack of authentication — declarant did not witness execution and states no basis under Fed. R. Evid. 901(b). Fed. R. Evid. 901(a). Hearsay. Fed. R. Evid. 802. Lack of personal knowledge as to the signatory's identity or authority. Fed. R. Evid. 602. No witness from Shiv Tobacco Company or Archit Industries has appeared. No admissible form identified. Fed. R. Civ. P. 56(c)(2). |
| 6. Kwatra Decl. ¶ 7, authenticating Williams Decl. Ex. J, offered to establish that Shiv owns the Mark or that Onkar holds authority from its owner. | Lack of personal knowledge. Fed. R. Evid. 602. Hearsay. Fed. R. Evid. 802. Objection limited to that use; Agro does not object insofar as the paragraph authenticates images of goods Onkar purchased. |

| Material Objected To | Objection |
|---|---|
| 7. Williams Decl. ¶ 13 and Exhibit L thereto — Onkar's First Amended Responses to Interrogatories, cited as the sole support for UMF 9. | Not competent summary judgment evidence — unverified. Fed. R. Civ. P. 33(b)(3), (b)(5). Hearsay. Fed. R. Evid. 802. Does not support the fact cited: the response addresses "Agro's putative entitlement," while UMF 9 asserts no knowledge of "any federal registration." |
| 8. Williams Decl. ¶ 12 and Exhibit K thereto — October 30, 2025 email, cited as "admitting that no document reflecting a written exclusivity agreement exists." | Incomplete and misleading as characterized. Fed. R. Evid. 106, 403. The email states only counsel's then-current "understanding," expressly qualified by continuing discovery and by counsel's statement that he had not spoken with the attorney who wrote the letter, and it does not support the characterization for which it is offered. |

| Material Objected To | Objection |
|---|---|
| 9. Williams Decl. ¶ 14 and Exhibit M thereto (Evolution Dep. 18:22–24), to the extent offered for the witness's characterization of the transfer instrument as "a forgery." | Improper lay opinion; requires specialized knowledge the witness does not claim. Fed. R. Evid. 701, 702. Lack of personal knowledge — the witness testified he was not familiar with the document (Evolution Dep. 18:9–10) and that someone at Evolution may have signed on his behalf (*id.* 18:25–19:2). Agro does not object to his testimony that the signature is not his. |

If the foregoing objections are sustained, the propositions underlying Onkar's Uncontroverted Facts Nos. 9, 10, 11, 13 and 14 lack competent evidentiary support, and Onkar's characterization of the transfer instrument in Uncontroverted Fact No. 33 as a forgery lacks competent evidentiary support.

Dated: August 28, 2026

CARBON LAW GROUP, P.C.

By: /s/ Pankaj S. Raval

Pankaj S. Raval

Attorneys for Plaintiff and

Counter-Defendant

AGRO FOODS, INC.