Pankaj S. Raval (SBN 273973)
**CARBON LAW GROUP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: (323) 543-4453
Email: trademarks@carbonlg.com

ATTORNEY FOR PLAINTIFF AND COUNTER-DEFENDANT
AGRO FOODS, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| AGRO FOODS, INC., a California corporation,<br>Plaintiff,<br>v.<br>ONKAR TRADING, LLC, a Pennsylvania limited liability company; and DOES 1 to 50,<br>Defendants.<br>AND COUNTERCLAIMS. | Case No. 5:24-cv-02378-SSS (DTBx)<br>The Hon. Sunshine S. Sykes<br>**DECLARATION OF PANKAJ S. RAVAL IN SUPPORT OF PLAINTIFF AGRO FOODS, INC.'S OPPOSITION TO DEFENDANT ONKAR TRADING LLC'S MOTION FOR SUMMARY JUDGMENT**<br>Date: October 2, 2026<br>Time: 2:00 p.m.<br>Ctrm: 2, 2nd Floor<br>Trial Date: January 4, 2027 |

## DECLARATION OF PANKAJ S. RAVAL

I, Pankaj S. Raval, declare as follows:

1. I am an attorney licensed to practice before all courts of the State of California and admitted to practice before this Court. I am the principal of Carbon Law Group, P.C., counsel of record for Plaintiff and Counter-Defendant Agro Foods, Inc. ("Agro"). I submit this declaration in support of Agro's Opposition to the Motion for Summary Judgment filed by Defendant and Counter-Claimant Onkar Trading LLC ("Onkar"). Except as to matters stated on information and belief, I have personal knowledge of the facts set forth below, and if called as a witness I could and would testify competently to them.

2. Attached hereto as Exhibit 1 is a true and correct copy of relevant excerpts of the transcript of the deposition of Sarabjit Bhasin, taken March 27, 2026, as the person most knowledgeable designated under Federal Rule of Civil Procedure 30(b)(6) by non-party Evolution Enterprises Holdings, Inc. ("Evolution"). The deposition was noticed and taken by counsel for Onkar. Evolution appeared through separate counsel. I obtained this transcript from the reporting service in the ordinary course of this litigation.

3. Onkar submitted excerpts of the same transcript as Exhibit M to the Declaration of Jack Williams, IV. The excerpts attached as Exhibit 1 include the pages Onkar submitted and additional pages of the same transcript that provide context for the testimony Onkar cites.

4. Evolution Enterprises Holdings, Inc. produced documents in this action bearing the prefix EEH, numbered EEH000001 through EEH000805. That production includes the United States Patent and Trademark Office file history for Registration No. 5,197,007, two items of correspondence, one laboratory test report, and Evolution's sales invoices for the period 2017 through July 2022. I have reviewed the production in its entirety.

5. Agro relies in its Opposition on several exhibits that Onkar itself submitted with its moving papers. To avoid duplicative lodging, Agro cites those exhibits as filed rather than attaching copies. They are: Exhibit A (excerpts of the Agro Rule 30(b)(6) deposition), Exhibit H (a letter dated June 1, 2022 from Kenneth L. Green of Averill & Green to Onkar Trading LLC, produced at AGRO000032–33), Exhibit K (an email chain dated October 30, 2025), and Exhibit L (Onkar's First Amended Responses to Interrogatories).

6. Attached hereto as Exhibit 2 is a true and correct copy of the record for United States Trademark Registration No. 5,197,007 retrieved from the United States Patent and Trademark Office's Trademark Status and Document Retrieval system.

7. Attached hereto as Exhibit 3 is a true and correct copy of the prosecution history for Application Serial No. 86960388, which matured into Registration No. 5,197,007, retrieved from the same publicly accessible USPTO system.

8. Attached hereto as Exhibit 4 is a true and correct copy of the registration record for European Union Trade Mark Application No. 014989289 retrieved from the publicly accessible database maintained by the European Union Intellectual Property Office.

9. Attached hereto as Exhibit 5 is a true and correct copy of the executed Assignment of Trademark produced by Evolution at EEH000069, recorded with the United States Patent and Trademark Office on May 28, 2022 at Reel 007787, Frame 0764.

10. Attached hereto as Exhibit 6 are true and correct copies of representative invoices selected from the production of non-party Evolution Enterprises Holdings, Inc., bearing Bates numbers between EEH000073 and EEH000798. The invoices span 2017 through July 2022 and reflect sales of goods bearing the Mark to approximately sixty-three United States distributors. The exhibit includes EEH000215 (an invoice to H & A International LLC dated October 27, 2017) and EEH000796 and EEH000798 (invoices to Agro Foods, Inc. dated April 1, 2022 and July 18, 2022). Evolution designated these pages HIGHLY CONFIDENTIAL under

the Stipulated Protective Order [Dkt. No. 56]. Because § 1.3 of that order provides that material is not to be filed under seal where the confidential portions can be redacted, Exhibit 6 is filed in redacted form: the customer identities, addresses, license numbers, unit prices and dollar amounts have been redacted, and the invoice dates, invoice numbers, product descriptions and Bates numbers are unredacted. Unredacted copies are available for the Court's in camera review on request.

11. Attached hereto as Exhibit 7 are true and correct copies of documents produced by Agro Foods, Inc. in this action, specifically AGRO000055 through AGRO000057 (Agro's distributor list), AGRO000070 (a check dated March 29, 2023 in the amount of $545.00 payable to Averill, Green & Kim bearing the memorandum "UDTA PANCHII Trademark, Docket No. 143/128-D"), AGRO000071 through AGRO000075 (Agro invoices), and AGRO000076 (a photograph of the United States package).

12. Attached hereto as Exhibit 8 is a true and correct copy of the document produced by Onkar Trading LLC in this action at ONKAR 000006 through ONKAR 000008, a Commercial Invoice cum Packing List dated August 14, 2021 issued by JKS Trader of Zirakpur, Punjab, India, consigning goods to Onkar Trading LLC. The document bears no confidentiality designation.

13. I have reviewed the Statement of Uncontroverted Facts filed by Onkar [Dkt. No. 85-1] against the materials cited in it. Agro's responses to each of the forty-two asserted facts, together with Agro's additional material facts numbered 43 through 55, with record citations, are set forth in the Statement of Genuine Disputes of Material Fact filed concurrently herewith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 28, 2026, at Los Angeles, California.

Pankaj S. Raval