# EXHIBIT 2

**Generated on:** This page was generated by TSDR on 2026-03-24 19:40:10 EDT

**Mark:** UDTA PANCHHI

**US Serial Number:** 86960388

**Application Filing Date:** Mar. 31, 2016

**US Registration Number:** 5197007

**Registration Date:** May 02, 2017

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Section 8 declaration has been accepted.

**Status Date:** Sep. 07, 2023

**Publication Date:** Sep. 20, 2016 **Notice of Allowance Date:** Nov. 15, 2016

# Mark Information

**Mark Literal Elements:** UDTA PANCHHI

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Translation:** The English translation of "UDTA PANCHHI" in the mark is "FLYING BIRD".

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Chewing tobacco

**International Class(es):** 034 - Primary Class

**U.S Class(es):** 002, 008, 009, 017

**Class Status:** ACTIVE

**First Use:** Feb. 08, 2017

**Use in Commerce:** Feb. 08, 2017

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** Yes

**Filed ITU:** Yes

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No | **Currently 66A:** No

**Filed No Basis:** No | **Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** AGRO FOODS INC

**Owner Address:** 16518 VALLEY BLVD
LA PUENTE, CALIFORNIA UNITED STATES 91744

**Legal Entity Type:** CORPORATION | **State or Country Where Organized:** CALIFORNIA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Kenneth L. Green | **Docket Number:** 143/128

**Attorney Primary Email Address:** us_trademarks@yahoo.com | **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Kenneth L. Green
Averill, Green & Kim
14831 Whittier Blvd., Suite 206
WHITTIER, CALIFORNIA UNITED STATES 90605

**Phone:** 562-698-8039 | **Fax:** 562-693-5243

**Correspondent e-mail:** us_trademarks@yahoo.com kgreen@agk-ip.com philip@agk-ip.com info@agk-ip.com | **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 07, 2023 | NOTICE OF ACCEPTANCE OF SEC. 8 - E-MAILED | |
| Sep. 07, 2023 | REGISTERED - SEC. 8 (6-YR) ACCEPTED | |
| Sep. 07, 2023 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| May 03, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 03, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| May 03, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 13, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 13, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Apr. 13, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 12, 2023 | TEAS SECTION 8 RECEIVED | |
| Sep. 07, 2022 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| May 02, 2022 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| May 02, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 25, 2017 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Mar. 24, 2017 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Mar. 16, 2017 | STATEMENT OF USE PROCESSING COMPLETE | |
| Mar. 03, 2017 | USE AMENDMENT FILED | |
| Mar. 16, 2017 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Mar. 03, 2017 | TEAS STATEMENT OF USE RECEIVED | |
| Nov. 15, 2016 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Sep. 20, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Sep. 20, 2016 | PUBLISHED FOR OPPOSITION | |
| Aug. 31, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Aug. 05, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 18, 2016 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jul. 18, 2016 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 18, 2016 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |

| | |
|---|---|
| Jul. 18, 2016 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Jul. 15, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Jul. 15, 2016 | NON-FINAL ACTION E-MAILED |
| Jul. 15, 2016 | NON-FINAL ACTION WRITTEN |
| Jul. 13, 2016 | ASSIGNED TO EXAMINER |
| Apr. 05, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Apr. 04, 2016 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** TMO LAW OFFICE 117 **Date in Location:** Sep. 07, 2023

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 1 **Registrant:** EVOLUTION ENTERPRISES HOLDING INC.

**Assignment 1 of 1**

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Reel/Frame:** 7787/0763 **Pages:** 2

**Date Recorded:** May 28, 2022

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7787/0763

**Assignor**

**Name:** EVOLUTION ENTERPRISES HOLDINGS INC **Execution Date:** May 04, 2022

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** No Place of Organization Found

**Assignee**

**Name:** AGRO FOODS INC

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** CALIFORNIA

**Address:** 16518 VALLEY BLVD
LA PUENTE , CALIFORNIA 91744

**Correspondent**

**Correspondent Name:** RAJIV KUMAR

**Correspondent Address:** 16518 E VALLEY BLVD
LA PUENTE, CA 91744

**Domestic Representative - Not Found**