# EXHIBIT 4

EUIPO
EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

*Registered / Registrado 25/05/2016*

*No 014989289*

## EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

# CERTIFICATE OF REGISTRATION

This Certificate of Registration is hereby issued for the European Union trade mark identified below. The corresponding entries have been recorded in the Register of European Union trade marks.




## OFICINA DE PROPIEDAD INTELECTUAL DE LA UNIÓN EUROPEA

# CERTIFICADO DE REGISTRO

Se expide el presente Certificado de Registro para la Marca de la Unión Europea que se identifica a continuación. Las menciones y las informaciones relativas a tal marca han sido inscritas en el Registro de Marcas de la Unión Europea.

*The Executive Director / El Director Ejecutivo*

*António Campinos*

ONKAR 000001

www.euipo.europa.eu

EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

OFICINA DE PROPIEDAD INTELECTUAL DE LA UNIÓN EUROPEA

210 014989289
220 12/01/2016
400 16/02/2016

151 25/05/2016
450 27/05/2016

186 12/01/2026
541 UDTA PANCHHI
521 0
546



591 BG - Зелен; Червен; Жълт; Черен; Бял; Оранжев.
ES - Verde; Rojo; Amarillo; Negro; Blanco; Orange.
CS - Zelená; Červená; Žlutá; Černá; Bílá; Oranžová.
DA - Grøn; Rød; Gul; Sort; Hvid; Orange.
DE - Grün; Rot; Gelb; Schwarz; Weiß; Orange.
ET - Roheline; Punane; Kollane; Must; Valge; Oranž.
EL - Πράσινο· Κόκκινο· Κίτρινο· Μαύρο· Λευκό· Πορτοκαλί.
EN - Green; Red; Yellow; Black; White; Orange.
FR - Vert; Rouge; Jaune; Noir; Blanc; Orange.
IT - Verde; Rosso; Giallo; Nero; Bianco; Arancione.
LV - Zaļš; Sarkans; Dzeltens; Melns; Balts; Oranžs.
LT - Žalia; Raudona; Geltona; Juoda; Balta; Oranžinė.
HR - Zelena; Crvena; Žuta; Crna; Bijela; Narančasta.
HU - Zöld; Vörös; Sárga; Fekete; Fehér; Narancssárga.
MT - Aħdar; Aħmar; Isfar; Iswed; Abjad; Oranġjo.
NL - Groen; Rood; Geel; Zwart; Wit; Oranje.
PL - Zielony; Czerwony; Żółty; Czarny; Biały; Pomarańczowy.
PT - Verde; Vermelho; Amarelo; Preto; Branco; Laranja.
RO - Verde; Roşu; Galben; Negru; Alb; Portocaliu.
SK - Zelená; Červená; Žltá; Čierna; Biela; Oranžová.
SL - Zelena; Rdeča; Rumena; Črna; Bela; Oranžna.
FI - Vihreä; Punainen; Keltainen; Musta; Valkoinen; Oranssi.
SV - Grönt; Rött; Gult; Svart; Vitt; Orange.

531 1.7.6
3.7.16
3.7.21
3.7.24
25.1.6
25.7.8

732 Kumar, Vinod
477/7, JAMALPUR ROAD
Tohana, Fatehabad
IN

740 MARKS & US, MARCAS Y PATENTES
Licenciado Poza 52, 6ºB
48013 Bilbao (Vizcaya)
ES

270 EN ES

511 BG - 31
Селскостопански и водни култури, градинарски и горски продукти; Храни и фураж за животни; Живи животни, организми за развъдни цели; Животни [Материали за постелки за -].

BG - 34
Принадлежности за използване с тютюн; Кибрит; Изпарители на тютюн (пиви) за лична употреба и електронни цигари, и есенции и разтвори за тях; Тютюн и тютюневи продукти (включително заместитители).

BG - 35
Рекламни, маркетингови и промоционални услуги; Бизнес анализи, бизнес проучвания и бизнес информационни услуги; Търговско подпомагане, търговско управление и административни услуги; Търговски и потребителски информационни услуги.

ES - 31
Cultivos agrícolas e hidropónicos, productos hortícolas y forestales; Pastos; Animales vivos, organismos para la cría; Productos para lechos de animales.

ES - 34
Artículos de uso conjunto con el tabaco; Cerillas; Vaporizadores personales y cigarros electrónicos, aromatizantes y otras soluciones al respecto; Tabaco y productos del tabaco (incluidos sus sustitutos).

ES - 35
Servicios promocionales, de marketing y publicidad; Servicios de información, investigación y análisis de negocios; Servicios de asistencia, dirección y administración de negocios; Negocios comerciales y servicios de información al consumidor.

CS - 31
Zemědělské a vodní plodiny, zahradnické a lesní produkty; Krmiva a potrava pro zvířata; Živá zvířata a živé organismy k chovným účelům; Podestýlka pro zvířata.

CS - 34
Kuřácké potřeby; Zápalky; Osobní vaporizéry a elektronické cigarety a příchutě a roztoky pro ně; Tabák a tabákové výrobky (včetně náhražek).

CS - 35
Reklamní, marketingové a propagační služby; Obchodní analýzy, průzkum a informační služby; Pomoc v obchodní a podnikatelské činnosti, management a administrativní služby; Obchodní služby a informace pro spotřebitele.

DA - 31
Afgrøder fra landbrug og vandbrug, havebrugs- og skovbrugsprodukter; Næringsmidler og foder til dyr; Levende dyr, organismer til avl; Tørvestrøelse.

DA - 34
Artikler til brug med tobak; Tændstikker; Forstøvere og elektroniske cigaretter samt smagsstoffer og opløsninger hertil (til personlig brug); Tobak og tobaksprodukter (inklusive erstatninger).

DA - 35
Virksomhed vedrørende reklame, marketing og salgsfremstød; Forretningsanalyse, -research og -information; Bistand ved forretningsudførelse, -ledelse og -administration; Virksomhed vedrørende kommerciel handels- og forbrugerinformation.

DE - 31
Land- garten- und forstwirtschaftliche Erzeugnisse sowie Erzeugnisse der Aquakultur; Futtermittel und Tiernahrung; Lebende Tiere, Lebewesen für die Zucht; Streu für Tiere.

DE - 34
Raucherartikel; Streichhölzer; Verdampfer für den persönlichen Gebrauch und elektronische Zigaretten sowie Aromastoffe und Lösungen hierfür; Tabak und Tabakwaren, einschließlich Tabakersatzstoffe.

DE - 35
Werbung, Marketing und Verkaufsförderung; Betriebswirtschaftliche Analyse-, Recherche- und Informationsdienstleistungen; Hilfe in Geschäftsangelegenheiten, Geschäftsführung und

administrative Dienstleistungen; Kaufmännische Dienstleistungen und Verbraucherinformationsdienste.

ET - 31
Põlluviljad, aiandus-, vesiviljelus- ja metsandussaadused; Toiduained loomadele ja loomasööt; Elusloomad, organismid aretamiseks; Allapanu loomadele.

ET - 34
Tooted tubakaga tarbimiseks; Tikud; Isiklikud aurustid ja elektroonilised sigaretid, nende maitsestajad ja lahused; Tubakas ja tubakatooted (k.a aseained).

ET - 35
Reklaam ja turundus; Ärianalüüsi-, -uuringu- ja -infoteenused; Ärijuhtimisteenused ja ärialane abi; Kaubandusinfo ja vastavasisuline tarbijainfo.

EL - 31
Γεωργικές καλλιέργειες και υδροκαλλιέργειες, κηπευτικά και δασοκομικά προϊόντα· Τροφές και ζωοτροφές για ζώα· Ζώντα ζώα, οργανισμοί για αναπαραγωγή· Στρωμνή [Προϊόντα για -].

EL - 34
Είδη για χρήση με καπνό· Σπίρτα· Ατομικοί εξατμιστήρες και ηλεκτρονικά τσιγάρα, καθώς και αρώματα και διαλύματα για αυτά· Καπνός και προϊόντα καπνού (συμπεριλαμβανομένων υποκατάστατων).

EL - 35
Διαφήμιση, ενέργειες πώλησης (μάρκετινγκ) και υπηρεσίες προώθησης· Επιχειρηματική ανάλυση, υπηρεσίες έρευνας και πληροφοριών· Επιχειρηματική υποστήριξη, υπηρεσίες διοίκησης και διαχείρισης· Εμπορικές συναλλαγές και υπηρεσίες ενημέρωσης των καταναλωτών.

EN - 31
Agricultural and aquacultural crops, horticulture and forestry products; Foodstuffs and fodder for animals; Live animals, organisms for breeding; Products for animal litter.

EN - 34
Articles for use with tobacco; Matches; Personal vaporisers and electronic cigarettes, and flavourings and solutions therefor; Tobacco and tobacco products (including substitutes).

EN - 35
Advertising, marketing and promotional services; Business analysis, research and information services; Business assistance, management and administrative services; Commercial trading and consumer information services.

FR - 31
Produits de l'agriculture et de l'aquaculture, produits de l'horticulture et de la sylviculture; Aliments et fourrages pour animaux; Animaux vivants, organismes pour l'élevage; Tourbe pour litières.

FR - 34
Articles à utiliser avec le tabac; Allumettes; Vaporisateurs personnels et cigarettes électroniques, et arômes et solutions pour ceux-ci; Tabac et produits du tabac y compris les substituts.

FR - 35
Services de publicité, de marketing et de promotion; Services d'analyses, de recherche et d'informations relatifs aux affaires; Services d'aide et de gestion des affaires et services administratifs; Services de négociations commerciales et d'information de la clientèle.

IT - 31
Coltivazioni agricole e dell'acquacoltura, orticoltura e forestali; Cibi e foraggio per animali; Animali vivi, organismi per la riproduzione (allevamento); Prodotti per lettiere.

IT - 34
Articoli per uso del tabacco; Fiammiferi; Vaporizzatori personali e sigarette elettroniche, nonché aromi e soluzioni relativi; Tabacco e prodotti derivati dal tabacco (incluso sostituti).

IT - 35
Servizi pubblicitari,Servizi pubblicitari, di marketing e promozionali di ricerche di mercato e promozionali; Servizi di analisi, ricerca e informazione negli affari; Assistenza negli affari, servizi gestionali ed amministrativi; Servizi di scambi commerciali ed informazione ai consumatori.

LV - 31
Lauksaimniecības, akvakultūras, dārzkopības un mežkopības produkti; Dzīvnieku pārtika un lopbarība; Dzīvi dzīvnieki, vaislas dzīvnieki; Pakaiši dzīvniekiem.

LV - 34
Smēķēšanas piederumi; Sērkociņi; Personīgie iztvaicētāji un elektroniskās cigaretes, kā arī to aromatizētāji un šķīdumi; Tabaka, tabakas izstrādājumi un to aizstājēji.

LV - 35
Reklāmas, tirgvedības un preču noieta veicināšanas pakalpojumi; Uzņēmējdarbības analīzes, izpētes un informācijas pakalpojumi; Atbalsta, pārvaldības un biroju administratīvie pakalpojumi uzņēmējdarbībai; Preču tirdzniecības un patērētāju informēšanas pakalpojumi.

LT - 31
Žemės ir vandens ūkio, sodo ir miško produktai; Gyvūnų ėdesiai ir pašarai; Gyvi gyvūnai, organizmai auginti, veisti; Gyvūnų kraikas.

LT - 34
Rūkymo reikmenys; Degtukai; Asmeniniai inhaliatoriai ir elektroninės cigaretės ir jų aromatinės medžiagos ir tirpalai; Tabakas ir tabako gaminiai (tarp jų pakaitalai).

LT - 35
Reklamos, rinkodaros ir pardavimų skatinimo paslaugos; Verslo analizė, tyrimai ir informacija; Verslo pagalba, vadyba ir administravimas; Komercinė prekyba ir vartotojų informavimas.

HR - 31
Poljoprivredni i akvakulturni usjevi, hortikulturalni i šumarski proizvodi; Hrana i stočna hrana; Žive životinje, organizmi za oplodnju; Stelja za životinje (Proizvodi za stelju za -).

HR - 34
Artikli za uporabu s duhanom; Šibice; Isparivači i elektroničke cigarete te arome i otopine za osobnu uprabu; Duhan i proizvodi od duhana (uključujući njihove nadomjeske).

HR - 35
Usluge oglašavanja, marketinga i promidžbe; Usluge poslovne analize, istraživanja i poslovnih informacija; Usluge poslovne pomoći, upravljanja i administracije; Trgovačke usluge i informativne usluge za potrošače.

HU - 31
Mezőgazdasági, vízgazdasági termények, kertészeti és erdészeti termékek; Táplálékok és takarmányok állatoknak; Élő állatok, szervezetek tenyésztéshez; Alom állatoknak.

HU - 34
Dohányzási cikkek; Gyufák; Elektromos cigaretták és ezekhez való ízesítőszerek/aromák és oldatok; Dohány és dohánytermékek (beleértve a helyettesítőket).

HU - 35
Reklámozási, marketing és promóciós szolgáltatások; Üzleti elemzési, kutatás és információs szolgáltatások; Üzleti segítségnyújtás, menedzseri és adminisztratív szolgáltatások; Kereskedelmi és vásárlói információs szolgáltatások.

MT - 31
Uċuħ tar-raba' agrikoli u akwakulturali, prodotti ortikulturali u tal-foresterija; Ikel u għalf għall-annimali; Annimali ħajjin, or-

ganiżmi għat-tnissil; Annimali (Prodotti għall-mifrex tal-ħmieġ tal- -).

MT - 34
Oġġetti għall-użu mat-tabakk; Sulfarini; Vaporizzaturi personali u sigaretti elettroniċi, u togħmiet u soluzzjonijiet għalihom; Tabakk u prodotti tat-tabakk (li jinkludu sostituti).

MT - 35
Servizzi ta' reklamar, kummerċjalizzazzjoni u promozzjonali; Servizzi ta' analiżi, riċerka u informazzjoni fin-negozju; Servizzi ta' assistenza, ġestjoni u amministrazzjoni fin-negozju; Servizzi ta' kummerċ kummerċjali u informazzjoni għall-konsumatur.

NL - 31
Land-, water-, tuin- en bosbouwkundige gewassen en producten; Voedingsmiddelen en voer voor dieren; Levende dieren, organismen om te fokken; Bodemstrooisel voor dierenverblijven.

NL - 34
Artikels voor gebruik met tabak; Lucifers; Persoonlijke verstuivers en elektronische sigaretten, en smaakstoffen en oplossingen daarvoor; Tabak en tabaksproducten (met inbegrip van surrogaten).

NL - 35
Reclame, marketing en promotionele diensten; Zakelijke analyse, zakelijk onderzoek en zakelijke informatiediensten; Commercieel-zakelijke assistentie, commercieel-zakelijk beheer en administratieve diensten; Commerciële handel en handelsinformatie voor consumenten.

PL - 31
Płody rolne i z akwakultury, produkty ogrodnicze i leśne; Karmy i pasze dla zwierząt; Żywe zwierzęta, organizmy do hodowli; Ściółka dla zwierząt.

PL - 34
Artykuły do użytku z tytoniem; Zapałki; Waporyzatory osobiste i papierosy elektroniczne oraz aromaty i płyny do nich; Tytoń i produkty tytoniowe (w tym substytuty tytoniu).

PL - 35
Usługi reklamowe, marketingowe i promocyjne; Analizy i badania dotyczące działalności gospodarczej, usługi informacyjne w zakresie działalności gospodarczej; Pomoc w prowadzeniu działalności gospodarczej, zarządzanie i administrowanie działalnością gospodarczą; Usługi w zakresie handlu i usługi informacyjne dla konsumentów.

PT - 31
Culturas agrícolas e aquiculturas, produtos hortícolas e florestais; Alimentos e rações para animais; Animais vivos, organismos para criação; Produtos para leitos de animais.

PT - 34
Artigos para uso com tabaco; Fósforos; Vaporizadores e cigarros eletrónicos pessoais, e aromas e soluções para os mesmos; Tabaco e produtos à base de tabaco (incluindo substitutos).

PT - 35
Serviços de publicidade, de marketing e de promoção; Serviços de análises, pesquisas e informações de negócios; Serviços de assistência, gestão e administração de negócios; Serviços de negócios comerciais e informação ao consumidor.

RO - 31
Culturi agricole şi de acvacultură, produse horticole şi forestiere; Produse alimentare şi hrană pentru animale; Animale vii, organisme pentru reproducere; Paturi şi culcuşuri pentru animale.

RO - 34
Articole pentru uz cu tutun; Chibrituri; Vaporizatoare personale şi ţigarete electronice, şi arome şi soluţii pentru acestea; Tutun şi produse de tutun (inclusiv înlocuitori).

RO - 35
Servicii de publicitate, marketing şi promovare; Analiză de afaceri, cercetare şi servicii de informare; Asistenţă în afaceri, management şi servicii administrative; Comerţ şi servicii de informare a consumatorilor.

SK - 31
Poľnohospodárske a vodohospodárske plodiny, záhradnícke a lesné plodiny; Krmivo a potrava pre zvieratá; Živé zvieratá, organizmy na chovné účely; Odpadky pre zvieratá.

SK - 34
Potreby pre fajčiarov; Zápalky; Osobné vaporizéry a elektronické cigarety, aromatické príchute a roztoky do nich; Tabak a tabakové výrobky (vrátane tabakových náhradiek).

SK - 35
Reklamné, marketingové a propagačné služby; Podnikové alebo obchodné analýzy, obchodný alebo podnikateľský prieskum a informácie; Pomoc pri podnikaní, riadenie podniku a obchodná správa; Obchodné služby a informačné služby pre zákazníkov.

SL - 31
Poljedelski pridelki, gojeni vodni organizmi, vrtnarski in gozdarski proizvodi; Živila in krma za živali; Žive živali, organizmi za vzrejo; Stelja za živali.

SL - 34
Potrebščine za uporabo s tobakom; Vžigalice; Osebni razprševalci in elektronske cigarete, arome in raztopine zanje; Tobak in tobačni izdelki (vključno z nadomestki).

SL - 35
Oglaševalske, tržne in promocijske storitve; Storitve poslovnih analiz, raziskav in informacij; Poslovna asistenca, poslovno vodenje in administrativne storitve; Komercialne storitve in storitve nudenja informacij strankam.

FI - 31
Maatalous-, vesiviljely-, puutarha- ja metsätaloustuotteet; Eläinten ravintoaineet ja rehut; Elävät eläimet, organismit kasvattamista varten; Eläinten kuivikkeet.

FI - 34
Tupakointivälineet; Tulitikut; Henkilökohtaiset höyrystimet ja sähkösavukkeet sekä niiden aromiaineet ja liuokset; Tupakka ja tupakkatuotteet (mukaan lukien korvikkeet).

FI - 35
Mainonta-, markkinointi- ja myynninedistämispalvelut; Yritystoimintaan liittyvät analyysi-, tutkimus- ja tietopalvelut; Yritystoiminnan avustamis-, liikkeenjohto- ja hallintopalvelut; Kaupankäyntipalvelut ja kuluttajaneuvonta.

SV - 31
Jordbruks-, vattenbruks-, trädgårds- och skogsbruksprodukter; Djurmat och -foder; Levande djur, organismer för fortplantning; Strö [Djur- -].

SV - 34
Artiklar för användning med tobak; Tändstickor; Personliga förångare och elektroniska cigaretter samt smakämnen och lösningar därtill; Tobak och tobaksprodukter (inkluderande ersättningar).

SV - 35
Reklam, marknadsföring och säljfrämjande tjänster; Företagsanalyser, -undersökningar och -information; Företagsassistans, -ledning och -administration; Kommersiell handel och konsumentinformation.