# EXHIBIT 5

[redacted]

# ASSIGNMENT OF TRADEMARK

Whereas Evolution Enterprises Holdings Inc
(name of assignor)

Of 16518 E Valley Blvd La Puente, CA, 91744
(address)

Owns trademark reg# 5197007 or application # ________

Word Mark UDTA PANCHHI

Whereas Agro Foods Inc
(name of assignee)

of 16518 E Valley Blvd La Puente, CA, 91744
(address)

Whereas, The Assignee desires to acquire from the Assignor all of Assignor's right, title and interest in and to the Trademark application and/or registration, together with the benefit of any use of the Trademark by the Assignor, and the goodwill of the business relations to the Trademark and to the wares or services associated with it, to hold unto the Assignee absolutely.

Now therefore, in consideration of the payment of one dollar ($1.00) and for good and valuable consideration, the receipt, sufficiency and adequacy of which is hereby acknowledged, the Assignor and the Assignee hereby agree as follows:

Trademark Assignment, the Assignor hereby sells, transfers and assigns to the Assignee, its successors and assigns, the Assignor's entire right, title and interest in and to the Trademark application and/or registrations, together with (i) the benefit of any use of the Trademark by the Assignor (ii) the goodwill of the business relations to the Trademark and to the wares or services associated with it, (iii) all income, royalties and damages hereafter due or payable to Assignor with respect to the Trademark(s) to hold unto the Assignee absolutely.

(Signature of assignor); 05/04/22
Date of Execution

SARABJIT BHASIN, PRESIDENT
Name and Title of signatory
if assignor is a corporation

EEH000069

TRADEMARK
REEL: 007787 FRAME: 0764

RECORDED: 05/28/2022