# EXHIBIT 6

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
|---|---|
| 9/5/2017 | 3840 E |

PAID

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 9/6/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 3 | RMD GUTKA 40*... | RMD GUTKA 40*50*4GM (AUG 17) | | |
| 0.5 | MIRAJ 20*30* 20... | MIRAJ 20*30* 20GM (LIME MIXPKD BOX) | | |
| 0.5 | UDTA PANCHI 5... | UDTA PANCHI 50 BX*15 PK*15 GM | | |
| 0.2 | CHAINI KHAINI 3... | CHAINI KHAINI 100*20*3.6GM | | |
| 0.2 | BUDHALAL 100P... | BUDHALAL 100PK*24 PO* 7GM | | |
| 0.2 | BABA 120 PREMI... | BABA 120 PREMIUM C/ T 16*10*50GM | | |
| 0.1 | BABA 160 SUPRE... | BABA 160 SUPREME 16*10*50 GM | | |
| | | NON- TOBACCO PRODUCTS: | | |
| 0.5 | PAN PARAG PAN... | PAN PARAG PAN MASALA 15*10*100G | | |
| 0.5 | RAJNIGANDHA P... | RAJNIGANDHA PAN MA 15*10*100 GM | | |
| | | TOTAL 41 BOXES IN ONE PALLET BY PHOTOMAT TRUCKING. | | |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
|---|---|
| 3/1/2017 | 3453 |

PAID ...9/2017

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 3/1/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 5 | UDTA PANCHI 5... | UDTA PANCHI 50 BX*15 PK*15 GM | | |
| 3 | ANSUL 52*12* 13... | ANSUL 52*12* 13GM | | |
| 20 | RMD GUTKA 40*... | RMD GUTKA 40*50*4GM | | |
| 1 | PAN PARAG GUT... | PP MASALA GUTKA 60BX*52PO*4 GM | | |
| 2 | TULSI LOCAL CH... | TULSI LOCAL C/T 120*50*2GM | | |
| 1 | KUBER 40PK,35P... | KUBER 40PK,35PO,15 GM | | |
| 3 | GOLDEN KHAINI... | GOLDEN KHAINI 80 PK*25 PO*16 GM | | |
| | | NON-TOBACCO PRODUCTS: | | |
| 5 | PAN PARAG PAN... | PAN PARAG PAN MASALA 15*10*100G | | |
| 3 | RAJNIGANDHA P... | RAJNIGANDHA PAN MA 15*10*100 GM | | |
| 1 | TASTY GOLD 12 ... | TASTY GOLD 48*144 | | |
| 3 | CHIKNI SUPARI 1... | CHIKNI SUPARI 12.5 KG (Packed in One Box) | | |
| 3 | SUPARI SWEET S... | SWEET SALLY REFINE 20 KG | | |
| 5 | MUKHWAS CAN... | MUKHWAS CANDY 1BX*1760PK | | |
| | | TOTAL 53 BOXES, 1 PALLET BY CUSTOM: TRACK # 31954584 | | |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

# Invoice

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

| Date | Invoice # |
|---|---|
| 4/27/2017 | 3562 |

PAID

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 4/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 5 | GOLDEN KHAINI... | GOLDEN KHAINI 80 PK*25 PO*16 GM | | |
| 3 | TULSI EXPORT 6... | TULSI EXPORT 60BX*50 PO*2 GM | | |
| 1 | UDTA PANCHI 5... | UDTA PANCHI 50 BX*15 PK*15 GM | | |
| | | NON-TOBACCO PRODUCTS: | | |
| 5 | PLAIN SALLY ST... | PLAIN SALLY STICK 44 POUND | | |
| 4 | SUPARI CHIPS 20... | SUPARI SLICE 20 KG | | |
| 3 | SUPARI SWEET S... | SWEET SALLY REFINE 20 KG | | |
| 2 | BOMBAY | BOMBAY 48*144 | | |
| 5 | WHOLE SUPARI ... | BETEL NUT WHOLE 25 KG | | |
| 1 | RAJNIGANDHA ... | RAJNIGANDHA MEETA MAZA 50GM*10*10 | | |
| 1 | JOHAR JOSANDA... | JOHAR JOSANDA TEA 50*30*5GM | | |
| | Freight Cost | Freight Cost | | |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

# Invoice

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

| Date | Invoice # |
| --- | --- |
| 6/27/2017 | 3681 |

PAID
[illegible]/2017

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
| --- | --- | --- | --- | --- | --- | --- |
| | | | 6/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| | | TOBACCO PRODUCTS: | [redacted] | |
| 2 | BABA 120 PLUS 5... | BABA 120 PLUS 50*50*4GM | | |
| 2 | UDTA PANCHI 5... | UDTA PANCHI 50 BX*15 PK*15 GM | | |
| 5 | COOL LIP 50*33*... | COOL LIP 50*33*3.6 GM | | |
| 2 | KUBER 40PK,35P... | KUBER 40PK,35PO,15 GM | | |
| 1 | BABA 120 PREMI... | BABA 120 PREMIUM C/ T 16*10*50GM | | |
| 2 | BABA 120 REGU... | BABA 120 REGULAR 16*10*50GM | | |
| 10 | RMD GUTKA 40*... | RMD GUTKA 40*50*4GM | | |
| | | NON-TOBACCO PRODUCTS: | | |
| 12 | PAN PARAG PAN... | PAN PARAG PAN MASALA 15*10*100G | | |
| 1 | ARECA NUT SHA... | SHAHI DELUX 48*144 | | |
| 1 | CRANE SWEET 2... | CRANE SWEET 25*10*80 GM | | |
| | | TOTAL 38 BOXES IN ONE PALLET BY CUSTOM: TRACK # 31955467 | | |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC
19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

# Credit Memo

| Date | Credit No. |
|---|---|
| 8/11/2017 | 3793 |

[redacted]

| P.O. No. | Project |
|---|---|
| | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| UDTA PANCHI 50 BX*15 PK*15 GM (47 Pkts*15* 15 gm) | -0.94 | 275.00 | -258.50 |
| 47 pkts of udta panchhi 15 gm returned. | | | |

| | |
|---|---|
| **Total** | -$258.50 |
| **Invoices** | [redacted] |
| **Balance Credit** | -$70.50 |

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
|---|---|
| 9/20/2017 | 3878 |

PAID ...9/2017

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | CALTX | 9/20/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 2 | COOL LIP 50*33*... | COOL LIP 50*33*3.6 GM | | |
| 19 | RMD GUTKA 40*... | RMD GUTKA 40*50*4GM (AUG 17) | | |
| 1 | IPCO CHEWING ... | IPCO CHEWING TOBACCO 10*20*100 | | |
| 1 | BABA 120 PREMI... | BABA 120 PREMIUM C/ T 16*10*50GM | | |
| 6 | MIRAJ 20*30* 20... | MIRAJ 20*30* 20GM (LIME MIXPKD BOX) | | |
| 3 | TULSI LOCAL CH... | TULSI LOCAL C/T 120*50*2GM | | |
| 1 | UDTA PANCHI 5... | UDTA PANCHI 50 BX*18PK*8 GM | | |
| 0.5 | BABA 120 REGU... | BABA 120 REGULAR 16*10*50GM | | |
| 0.125 | BABA 160 SUPRE... | BABA 160 SUPREME 16*10*50 GM (2 INNERS*10) | | |
| | | Note: Both Baba Regular and 160 Supreme are packed in one Box) | | |
| | | NON-TOBACCO PRODUCTS: | | |
| 3 | RAJNIGANDHA P... | RAJNIGANDHA PAN MA 15*10*100 GM | | |
| 4 | PAN PARAG PAN... | PAN PARAG PAN MASALA 15*10*100G | | |
| | | TOTAL 41 BOXES IN ONE PALLET BY PHOTOMAT TRUCKING: | | |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

# Invoice

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

| Date | Invoice # |
|---|---|
| 10/27/2017 | 3994 |

PAID 03/20/2018

| Bill To | Ship To |
|---|---|
| H & A INTERNATIONALS LLC<br>315 US HWY 31 S<br>GREENWOOD, IN 46142<br>LICENSE: TC12813000 | H & A INTERNATIONALS LLC<br>5432 ASHBY COURT<br>GREENWOOD, IN 46143<br>LICENSE: TC12813000 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 10/27/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | | |
| 25 | RMD GUTKA 40*... | RMD GUTKA 40*50*4GM (OCT 17) | [redacted] | [redacted] |
| 3 | KUBER 40PK,35P... | KUBER 40PK,35PO,15 GM | | |
| 3 | UDTA PANCHI 5... | UDTA PANCHI 50 BX*15 PK*15 GM | | |
| 3 | CHAINI KHAINI 3... | CHAINI KHAINI 100*20*3.6GM | [redacted] | [redacted] |
| | | TOTAL34 BXS IN 1 PALLET BY CUSTOM: TRACK # 31941465 | | |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
|---|---|
| 10/30/2017 | 3998 |

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | CALTX | 10/30/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 1 | CHAINI KHAINI ... | CHAINI KHAINI 100*20*3.6GM | | |
| 1 | BABA 160 SUPR... | BABA 160 SUPREME 16*10*50 GM | | |
| 2 | KUBER 40PK,35... | KUBER 40PK,35PO,15 GM | | |
| 6 | COOL LIP 50*33... | COOL LIP 50*33*3.6 GM | | |
| 10 | UDTA PANCHI ... | UDTA PANCHI 50 BX*15 PK*15 GM | | |
| 16 | RMD GUTKA 40... | RMD GUTKA 40*50*4GM (OCT 17) | | |
| | | NON-TOBACCO PRODUCTS: | | |
| 1 | TRIVENI SWEET... | TRIVENI SWEET 25*20*40 GM | | |
| 1 | TRIVENI HOT 25... | TRIVENI HOT 25*20*40 GM | | |
| 1 | JOHAR JOSAND... | JOHAR JOSANDA TEA 50*30*5GM | | |
| 1 | RAJA CHUNA 10... | RAJA CHUNA 100GM*144 | | |
| 1 | RAJNIGANDHA ... | RAJNIGANDHA PAN MA 15*10*100 GM | | |
| 1 | SUGAR COATE... | SUGAR COATED MUKHUWAS 20*1 KG | | |
| 0.48 | CRANE PLAIN 2... | CRANE PLAIN 25*20*40GM (12 pkts) | | |
| | Discount | discount on account of 7 inner shsort | | |
| | | TOTAL 43 BOXES: BY PHOTOMAT TRUCKING. | | |

PRICE INCLUDES CALIFORNIA EXCISE TAX

**Tota** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
|---|---|
| 12/28/2017 | 4162 |

PAID ...1/2018

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 12/28/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 0.7 | UDTA PANCHI 5... | UDTA PANCHI 50 BX*15 PK*15 GM (35 INNERS) | | |
| | | NON-TOBACCO PRODUCTS: | | |
| 5 | SUPARI WHOLE ... | SUPARI WHOLE MOTI 4 X 5 LBS | | |
| | | TOTAL 6 BOX: PICKED UP | | |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

# Invoice

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

| Date | Invoice # |
|---|---|
| 1/17/2018 | 4209 |

PAID [redacted]/2018

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 1/17/2018 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | [redacted] |
| 1 | UDTA PANCHI 5... | UDTA PANCHI 50 BX*18PK*8 GM | | |
| 2 | COOL LIP 50*33*... | COOL LIP 50*33*3.6 GM | | |
| 1 | SWEET TUKRA 2... | SWEET TUKRA 4 X 5 KG | | |
| 1 | TULSI BLUE | ARECA NUT TULSI BLUE 24*72 | | |
| | | TOTAL 5 BOXES: PICKED UP | | |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
|---|---|
| 3/7/2018 | 4326 |

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | CALTX | 3/7/2018 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 8 | UDTA PANCHI ... | UDTA PANCHI 50 BX*15 PK*15 GM | | |
| 2 | MIRAJ 20*30* 20... | MIRAJ 20*30* 20GM (LIME MIXPKD BOX) | | |
| 1 | BABA 120 PREM... | BABA 120 PREMIUM C/ T 16*10*50GM | | |
| 1 | BABA 120 REGU... | BABA 120 REGULAR 16*10*50GM | | |
| 5 | COOL LIP 50*33... | COOL LIP 50*33*3.6 GM | | |
| 1 | KUBER 40PK,35... | KUBER 40PK,35PO,15 GM | | |
| 13 | RMD GUTKA 40... | RMD GUTKA 40*50*4gm (JAN 18) | | |
| | | NON-TOBACCO PRODUCTS: | | |
| 3 | PAN PARAG PA... | PAN PARAG 15*10*100G | | |
| 1 | BOMBAY | BOMBAY 48*144 | | |
| 0.5 | TASTY GOLD 12... | TASTY GOLD 48*144 | | |
| 2 | ARECA NUT TU... | TULSI 24*72 | | |
| 2 | RASILY 6 DOZEN | RASILY 48*72 | | |
| 1 | CRANE SWEET ... | CRANE SWEET 25*20*40 G | | |
| 1 | MADHU SWEET... | MADHU SWEET SUPARI 50*100*1.5 G | | |
| | | TOTAL 42 BOXES IN 1 PALLET BY PHOTOMAT<br>TRUCKING: PICKED UP | | |

PRICE INCLUDES CALIFORNIA EXCISE TAX

**Tota** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

# Invoice

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

| Date | Invoice # |
|---|---|
| 5/18/2018 | 4510 |

PAID [redacted] /2018

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 5/18/2018 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 5 | UDTA PANCHI 5... | UDTA PANCHI 50 BX*18PK*15 GM | | |
| 25 | RMD GUTKA 40*... | RMD GUTKA 40*50*4GM (MAY 18) | | |
| | | NON-TOBACCO PRODUCTS: | | |
| 2 | RAJNIGANDHA ... | RAJNIGANDHA MEETA MAZA 50GM*10*10 | | |
| 2 | CRANE SWEET 2... | CRANE SWEET 25*20*40 G | | |
| 1 | CRANE PLAIN 25... | CRANE PLAIN 25*20*40GM | | |
| 1 | CRANE PLAIN 25... | CRANE PLAIN 25*10*80 G | | |
| 1 | TRIVENI SWEET ... | TRIVENI SWEET 25*10*80 GM | | |
| 1 | MADHURI KATH... | MADHURI KATHA POWDER 30*10*100 GM | | |
| 12 | PAN PARAG PAN... | PAN PARAG 15*10*100G | | |
| | | TOTAL 50 BXS IN 1 PALLET BY WRAGTIME: TRACK # 021683672 | | |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
|---|---|
| 7/27/2018 | 4702 |

PAID
[redacted]/2018

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 7/27/2018 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 45 | RMD GUTKA 40*... | RMD GUTKA 40*50*4GM (MAY 18) | | |
| 2 | BABA 120 PLUS 5... | BABA 120 PLUS 50*50*4GM | | |
| 15 | MIRAJ 20*30* 20... | MIRAJ 20*30* 20GM (LIME MIXPKD BOX) | | |
| 5 | PAN PARAG GUT... | PAN PARAG GUTKA 60BX*52PO*4 GM | | |
| 2 | GOLDEN KHAINI... | GOLDEN KHAINI 80 PK*25 PO*16 GM | | |
| 2 | GOLDEN KHAINI... | GOLDEN KHAINI 18 GM*540 TIN | | |
| 1 | BAGHBAN 10*20... | BAGHBAN 10*20*50 GM | | |
| 1 | RATNA 50GM | RATNA 20*10*50GM | | |
| 1 | ANSUL 62*14*12 ... | ANSUL 62*14*12 GM | | |
| 2 | UDTA PANCHI 5... | UDTA PANCHI 50 BX*18PK*8 GM | | |
| | | NON-TOBACCO PRODUCTS: | | |
| 10 | PAN PARAG 04 G... | PAN PARAG 04 GM POUCH | | |
| 4 | PAN PARAG 20*1... | PAN PARAG 20*16*20 GM | | |
| 2 | 7 STAR 144*48 | ARECA NUT 7 STAR 144*48 | | |
| 1 | ARECA NUT SHA... | SHAHI DELUX 48*144 | | |
| 2 | RMD PAAN MAS... | RMD PAAN MASALA 60*60*2GM | | |
| 4 | SUPARI PLAIN S... | SUPARI PLAIN SALLY STICK 5 Kg 4 x 5 Kg | | |
| 4 | PAN PARAG PAN... | PAN PARAG 15*10*100G | | |
| 2 | RAJNIGANDHA P... | RAJNIGANDHA PAN MA 15*10*100 GM | | |
| 1 | MILAN SUPARI 1... | MILAN SUPARI 100*50*2 GM | | |
| 1 | Rajnigand Pouch 4... | RAJNIGANDHA PAN PASALA 50*80*4GM | | |
| | Freight Cost | Freight Cost | | |
| | | TOTAL 107 BXS IN 2 PALLETS BY CUSTOM: TRACK # 32335648 | | |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
|---|---|
| 8/29/2018 | 4800 |

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | CALTX | 8/29/2018 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 0.5 | BABA 160 SUPR... | BABA 160 SUPREME 16*10*50 GM | | |
| 3 | MIRAJ 20*30* 20... | MIRAJ 20*30* 20GM (LIME MIXPKD BOX) | | |
| 1 | BABA 120 PLUS ... | BABA 120 PLUS 50*50*4GM | | |
| 4 | UDTA PANCHI ... | UDTA PANCHI 50 BX*18PK*15 GM | | |
| 4 | CHAINI KHAINI ... | CHAINI KHAINI 100 BX*20 PO*4.5 | | |
| 29 | RMD GUTKA 40... | RMD GUTKA 40*50*4GM (AUG 18) | | |
| | | NON-TOBACCO PRODUCTS: | | |
| 2 | RAJNIGANDHA ... | RAJNIGANDHA PAN MA 15*10*100 GM | | |
| 1 | SUPARI WHOLE... | SUPARI WHOLE 12.5 Kg 1 x 12.5 Kg | | |
| 1 | SUPER TOWER ... | SUPER TOWER GULKAND 800 g 24 x 800 gm | | |
| 1 | RAJNIGANDHA ... | RAJNIGANDHA MEETA MAZA 50GM*10*10 | | |
| 1 | RAJA CHUNA 10... | RAJA CHUNA 100GM*144 | | |
| | | TOTAL 48 BXS IN 1 PALLET BY PHOTOMAT | | |
| | | TRUCKING: PICKED UP | | |

PRICE INCLUDES CALIFORNIA EXCISE TAX

**Tota** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
|---|---|
| 11/13/2018 | 5004 |

PAID ...9/2019

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 11/13/2018 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 50 | RMD GUTKA 40*... | RMD GUTKA 40*50*4GM (OCT 18) | | |
| 0.14 | NAVRATTAN KI... | NAVRATTAN KIWAM 10*10*50 GM (14 INNERS*50 GM) | | |
| 5 | PAN PARAG GUT... | PAN PARAG GUTKA 60BX*52PO*4 GM | | |
| 1 | BAGHBAN 10*20... | BAGHBAN 10*20*50 GM | | |
| 6 | UDTA PANCHI 5... | UDTA PANCHI 50 BX*15 PK*15 GM | | |
| | | TOTAL 63 BXS IN 2 PALLETS BY VISION EXPRESS: TRACK #02-1714446 | | |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
|---|---|
| 1/14/2019 | 5176 |

PAID [redacted] 2019

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 1/14/2019 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 4 | GOLDEN KHAINI... | GOLDEN KHAINI 40BX, 25PO, 16 GM | | |
| 4.5 | RMD GUTKA 40*... | RMD GUTKA 40*50*4GM*2 (JULY 18) | | |
| 2 | CHAINI KHAINI 1... | CHAINI KHAINI 100 BX*20 PO*4.5 | | |
| 7 | UDTA PANCHI 5... | UDTA PANCHI 50 BX*15 PK*15 GM | | |
| 3 | ANSUL 62*14*12 ... | ANSUL 62*14*12 GM | | |
| 1 | TULSI LOCAL CH... | TULSI LOCAL C/T 120*50*2GM | | |
| 13 | RMD GUTKA 40*... | RMD GUTKA 40*50*4GM (DEC 18) | | |
| | | NON -TOBACCO PRODUCTS: | | |
| 1 | ARECA NUT BO... | ARECA NUT BOMBAY 96*48* | | |
| 3 | PAN PARAG PAN... | PAN PARAG 15*10*100G | | |
| | Freight Cost | Freight Cost | | |
| | | TOTAL 39 BXS IN 1 PALLET BY CUSTOM: TRACK # 32407017 | | |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
| --- | --- |
| 2/21/2019 | 5295 |

PAID ..../2019

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
| --- | --- | --- | --- | --- | --- | --- |
| | | | 2/21/2019 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| | | TOBACCO PRODUCTS: | [redacted] | |
| 1 | UDTA PANCHI 5... | UDTA PANCHI 50 BX*15 PK*15 GM | | |
| 2 | RMD GUTKA 40*... | RMD GUTKA 40*50*4GM (FEB 19) | | |
| | | NON-TOBACCO PRODUCTS: | | |
| 2 | PAN PARAG PAN... | PAN PARAG 15*10*100G | | |
| | | TOTAL 5 BXS: PICKED UP | | |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
|---|---|
| 4/8/2019 | 5427 |

PAID
4/8/2019

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 4/8/2019 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 18 | MIRAJ 20*30* 20... | MIRAJ 20*30* 20GM (LIME MIXPKD BOX) | | |
| 5 | TULSI LOCAL CH... | TULSI LOCAL C/T 120*50*2GM | | |
| 2 | UDTA PANCHI 5... | UDTA PANCHI 50 BX*18PK*15 GM | | |
| | | NON-TOBACCO PRODUCTS: | | |
| 10 | PAN PARAG PAN... | PAN PARAG 15*10*100G | | |
| | Freight Cost | Freight Cost | | |
| | | TOTAL 35 BXS IN 1 PALLET BY CUSTOM: TRACK # 32409178 | | |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
|---|---|
| 7/15/2019 | 5698 |

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | CALTX | 7/15/2019 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 20 | UDTA PANCHI ... | UDTA PANCHI 50 BX*15 PK*15 GM | | |
| 3 | KUBER 40BX, 37... | KUBER 40BX, 37 PK, 15 GM | | |
| 3 | CHAINI KHAINI ... | CHAINI KHAINI SNUFF 100 BX*20 P | | |
| | | NON-TOBACCO PRODUCTS: | | |
| 6 | PAN PARAG PA... | PAN PARAG 15*10*100G | | |
| | | TOTAL 32 BXS IN 1 PALLET BY PHOTOMAT TRUCKING: PICKED UP | | |

PRICE INCLUDES CALIFORNIA EXCISE TAX

**Tota** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
|---|---|
| 8/26/2019 | 5852 |

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | CALTX | 8/26/2019 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 10 | UDTA PANCHI ... | UDTA PANCHI 50 BX*15 PK*15 GM | | |
| 15 | RMD GUTKA 40... | RMD GUTKA 40*50*4GM (JUNE 2019) | | |
| | | NON-TOBACCO PRODUCTS: | | |
| 10 | PAN PARAG PA... | PAN PARAG 15*10*100G | | |
| 1 | RASILY 6 DOZEN | RASILY 6 DOZEN | | |
| 1 | ARECA NUT TU... | TULSI 6 DOZEN | | |
| 1 | ARECA NUT SH... | SHAHI DELUX 48*144 | | |
| | | TOTAL 38 BXS IN 1 PALLET BY PHOTOMAT TRUCKING: PICKED UP | | |

PRICE INCLUDES CALIFORNIA EXCISE TAX

**Tota** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
|---|---|
| 11/20/2019 | 6059 |

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | CALTX | 11/20/2019 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 10 | COOL LIP 50*33... | COOL LIP 50*33*4.2 GM | [redacted] | |
| 6 | CHAINI KHAINI ... | CHAINI KHAINI SNUFF 100 BX*20 P | | |
| 5 | MIRAJ 20*30* 20... | MIRAJ 20*30* 20GM (LIME MIXPKD BOX) | | |
| 1 | CHILLZ KHAINI ... | CHILLZ KHAINI SNUFF 100 BX*20 P*4.5 GM | | |
| 2 | UDTA PANCHI ... | UDTA PANCHI 50 BX*15 PK*15 GM | | |
| 7 | RMD GUTKA 40... | RMD GUTKA 40*50*4GM (AUG 2019) | | |
| | | TOTAL 31 BXS IN 1 PALLET BY PHOTOMAT TRUCKING: PICKED UP | | |

PRICE INCLUDES CALIFORNIA EXCISE TAX

**Tota** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
|---|---|
| 1/27/2020 | 6210 |

PAID 2020

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 1/27/2020 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 4 | UDTA PANCHI 5... | UDTA PANCHI 50 BX*15 PK*15 GM | | |
| 11 | UDTA PANCHI 5... | UDTA PANCHI 50 BX*18PK*15 GM | | |
| 10 | MIRAJ 20*30* 20... | MIRAJ 20*30* 20GM (LIME MIXPKD BOX) | | |
| 2 | CHAINI KHAINI ... | CHAINI KHAINI SNUFF 100 BX*20 P | | |
| 0.5 | BABA 160 SUPRE... | BABA 160 SUPREME 16*10*50 GM | | |
| | | NON-TOBACCO PRODUCTS: | | |
| 4 | ARECA NUT BO... | BOMBAY 96 / 8 dozen | | |
| | | TOTAL 32 BXS: PICKED UP | | |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
|---|---|
| 4/17/2020 | 6393 |

PAID /2020

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 4/17/2020 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 21 | BABA 120 PREMI... | BABA 120 PREMIUM C/ T 16*10*50GM | | |
| 40 | CHAINI KHAINI ... | CHAINI KHAINI SNUFF 100 BX*20 P | | |
| 42 | RMD GUTKA 40*... | RMD GUTKA 40*50*4GM (JAN 2020) | | |
| 26 | UDTA PANCHI 5... | UDTA PANCHI 50 BX*18PK*15 GM | | |
| 31 | MIRAJ 20*30* 20... | MIRAJ 20*30* 20GM (LIME MIXPKD BOX) | | |
| | | TOTAL 160 BXS IN 6 PALELTS: PCIKED UP. | | |
| | | BIM NJ | | |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
|---|---|
| 9/16/2020 | 6800 |

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | CALTX | 9/16/2020 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 15 | UDTA PANCHI ... | UDTA PANCHI 50 BX*18PK*15 GM | | |
| 2 | COOL LIP 50*33... | COOL LIP 50*33*4.2 GM | | |
| | | NON-TOBACCO PRODUCTS: | | |
| 4 | RAJNIGANDHA ... | RAJNIGANDHA PAN MA 15*10*100 GM | | |
| 6 | PAN PARAG PA... | PAN PARAG 15*10*100G | | |
| 1 | PAN PARAG 04 ... | PAN PARAG 04 GM POUCH(50*50*4 GM) | | |
| 1 | ARECA NUT GO... | ARECA NUT GOGO 48*144 | | |
| 1 | SHAHI DELUX 1... | SHAHI DELUX 12 DOZEN | | |
| 3 | ARECA NUT BO... | BOMBAY 96 / 8 dozen | | |
| 3 | SUPARI WHOLE... | SUPARI WHOLE MOTI 5 LBS 4 X 5 LBS | | |
| 6 | SUPARI WHOLE... | SUPARI WHOLE 2 LBS 10 x 2 Lbs | | |
| | | TOTAL 42 BXS IN 1 PALLET BY PHOTOMAT<br>TRUCKING: PICKED UP | | |

PRICE INCLUDES CALIFORNIA EXCISE TAX

**Tota** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
|---|---|
| 12/2/2020 | 6996 |

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 12/2/2020 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 1 | KUBER 40PK,35... | KUBER 40PK,35PO,15 GM | | |
| 2 | UDTA PANCHI ... | UDTA PANCHI 50 BX*18PK*15 GM | | |
| | | TOTAL 3 BXS: PICKED UP | | |

PRICE INCLUDES CALIFORNIA EXCISE TAX

**Tota** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
|---|---|
| 1/18/2021 | 7111 |

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | CALTX | 1/18/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 1 | BABA 120 REGU... | BABA 120 REGULAR 16*10*50GM | | |
| 4 | COOL LIP 50*33... | COOL LIP 50*33*4.2 GM | | |
| 3 | RMD GUTKA 40... | RMD GUTKA 40*50*4GM (OCT 2020) | | |
| 1 | BABA 120 PLUS ... | BABA 120 PLUS 50*50*GMS | | |
| 2 | UDTA PANCHI ... | UDTA PANCHI 50 BX*18PK*15 GM | | |
| | | TOTAL : 11 BXS: PICKEDD UP | | |

PRICE INCLUDES CALIFORNIA EXCISE TAX

**Tota** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
|---|---|
| 4/15/2021 | 7314 |

PAID
...4/2021

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 4/15/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 2 | BABA 120 PREMI... | BABA 120 PREMIUM C/ T 16*10*50GM | | |
| 8 | CHAINI KHAINI ... | CHAINI KHAINI SNUFF 100 BX*20 P | | |
| 4 | COOL LIP 50*33*... | COOL LIP 50*33*4.2 GM | | |
| 4 | UDTA PANCHI 5... | UDTA PANCHI 50 BX*18PK*15 GM | | |
| 4 | MIRAJ 20*30* 20... | MIRAJ 20*30* 20GM (LIME MIXPKD BOX) | | |
| 15 | RMD GUTKA 40*... | RMD GUTKA 40*50*4GM (DEC 2020) | | |
| 1 | BABA 120 REGU... | BABA 120 REGULAR 16*10*50GM | | |
| 2 | KUBER 40PK,35P... | KUBER 40PK,35PO,15 GM | | |
| | | NON-TOBACCO PRODUCTS: | | |
| 3 | RAJNIGANDHA P... | RAJNIGANDHA PAN MA 15*10*100 GM | | |
| 1 | BOMBAY SUPAR... | ARECA NUT BOMBAY SPAR 48*96*2.28335G | | |
| 1 | RASAILY SUPAR... | ARECA NUT RASAILY SUPARI 36*241.50 G | | |
| | | TOTAL 45 BXS IN 1 PALLET: DELIVERED; | | |
| | | TGR/ NY | | |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
|---|---|
| 5/26/2021 | 7432 |

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | CALTX | 5/26/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 2 | UDTA PANCHI ... | UDTA PANCHI 50 BX*18PK*15 GM | | |
| | | TOTAL 2 BXS: PICKED UP | | |

PRICE INCLUDES CALIFORNIA EXCISE TAX

**Tota**[redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
|---|---|
| 7/22/2021 | 7584 |

PAID

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 7/22/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | Tobacco Products: | [redacted] | |
| 126 | RMD GUTKA40*5... | RMD GUTKA 40*50*4 GM (MARCH 2021) SNUFF | | |
| 126 | RMD GUTKA40*5... | RMD GUTKA40*50*4 GM (APR 2021) SNUFF | | |
| 48 | MIRAJ 20*30* 20... | MIRAJ 20*30* 20GM (LIME MIXPKD BOX) CHEWING TOBACCO | | |
| 42 | UDTA PANCHI 5... | UDTA PANCHI 50 BX*18PK*15 GM CHEWING TOBACCO | | |
| 20 | BUDHALAL 50PK... | BUDHALAL 50PK*24 PO* 7GM CHEWING TOBACCO | | |
| 15 | BABA 120 REGU... | BABA 120 REGULAR 16*10*50GM CHEWING TOBACCO | | |
| 2 | BABA 120 SUPRE... | BABA 120 SUPREME 16*10*50 GM CHEWING TOBACCO | | |
| 5 | IPCO CHEWING ... | IPCO CHEWING TOBACCO 10*20*100 | | |
| 5 | BAGHBAN 10*20... | BAGHBAN 10*20*50 GM CHEWING TOBACCO | | |
| 5 | RATNA 50GM | RATNA 20*10*50GM CHEWING TOBACCO | | |
| 5 | GOLDEN KHAINI... | GOLDEN KHAINI 40BX, 25PO, 16 GM CHEWING TOBACCO | | |
| | | Non Tobacco products: | | |
| 1 | CHUTKI 100*60*2... | CHUTKI 100*60*2.20 GM | | |
| 5 | RAJNIGANDHA E... | RAJNIGANDHA ELAICHI 240PK*5.75G | | |
| 5 | TARA | TARA 48*144 | | |
| 5 | SUNNY SUPARI 2... | SUNNY SUPARI 48*144*2.24GM | | |
| 30 | PAN PARAG PAN... | PAN PARAG 15*10*100G | | |
| 6 | RAJNIGANDHA P... | RAJNIGANDHA PAN MA 15*10*100 GM | | |
| | | 451 ctns / 9 Pallets | | |
| | | Tracking No..580820623 | | |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

# Invoice

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

| Date | Invoice # |
|---|---|
| 11/30/2021 | 7939 |

PAID
2022

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 11/30/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 112 | UDTA PANCHI 5... | UDTA PANCHI 50 BX*18PK*15 GM CHEWING TOBACCO | | |
| 16 | KUBER 40PK,35P... | KUBER 40PK,35PO,15 GM CHEWING TOBACCO | | |
| | | TOTAL 128 BXS IN 5 PALLETS: DELIVERED: | | |
| | | BIM/ NJ: EDI: 613488630 | | |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

# Invoice

| Date | Invoice # |
|---|---|
| 2/3/2022 | 8130 |

PAID [redacted]/2022

[redacted]

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 2/3/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | [redacted] | |
| 5 | MIRAJ 20*30* 20... | MIRAJ 20*30* 20GM (LIME MIXPKD BOX) CHEWING TOBACCO | | |
| 12 | CHAINI KHAINI ... | CHAINI KHAINI SNUFF 100 BX*20 P | | |
| 12 | COOL LIP 50*33*... | COOL LIP 50*33*4.2 GM SNUFF | | |
| 5 | UDTA PANCHI 5... | UDTA PANCHI 50 BX*18PK*15 GM CHEWING TOBACCO | | |
| 1 | BABA 120 REGU... | BABA 120 REGULAR 16*10*50GM CHEWING TOBACCO | | |
| 2 | TULSI GUTKHA ... | TULSI GUTKHA TOBACCO 120*50*2GM SNUFF | | |
| 2 | KUBER 40PK,35P... | KUBER 40PK,35PO,15 GM CHEWING TOBACCO | | |
| | | TOTAL 39 BXS IN 1 PALLET: DELIVERED: | | |
| | | TGR/ NY: EDI: 613487251 | | |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** [redacted]

EVOLUTION ENTERPRISES HOLDINGS INC

# Invoice

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

| Date | Invoice # |
|---|---|
| 4/1/2022 | 8302 |

| Bill To | Ship To |
|---|---|
| AGRO FOODS INC.<br>16518 VALLEY BLVD<br>LA PUENTE, CA 91744 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 4/1/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS | | |
| 59.75 | BAGHBAN 10*20... | BAGHBAN 10*20*50 GM CHEWING TOBACCO | [redacted] | [redacted] |
| 41 | BIJLI CHEWING ... | BIJLI CHEWING TOBACCO 18*30*20GM CHEWING TOBACCO | | |
| 75 | BUDHALAL 50PK... | BUDHALAL 50PK*24 PO* 7GM CHEWING TOBACCO | [redacted] | [redacted] |
| 106 | GOLDEN KHAINI... | GOLDEN KHAINI 18BX, 30 TIN, 20G | | |
| 83 | GOLDEN KHAINI... | GOLDEN KHAINI 40BX, 25PO, 16 GM CHEWING TOBACCO | | |
| 10 | HANUMAN CHA... | HANUMAN CHAAP CHEWING TOBACCO 10 gm * 20p * 50 | [redacted] | [redacted] |
| 13 | IPCO CHEWING ... | IPCO CHEWING TOBACCO 10*20*100 | [redacted] | [redacted] |
| 168 | KUBER 40PK,35P... | KUBER 40PK,35PO,15 GM CHEWING TOBACCO | | |
| 526.4 | MIRAJ 20*30* 20... | MIRAJ 20*30* 20GM (LIME MIXPKD BOX) CHEWING TOBACCO | | |
| 20 | MOAR CHAAP 10... | MOAR CHAAP 100 PK* 20 PO* 9 GM CHEWING TOBACCO | [redacted] | [redacted] |
| 9 | PATTA CHHAP 1... | PATTA CHHAP 18GM*14*50 | [redacted] | [redacted] |
| 4.4 | RATNA 50GM | RATNA 20*10*50GM CHEWING TOBACCO | | |
| 10 | TULSI ZARDA C... | TULSI ZARDA CHEWING TOBACCO 20*5*50GM | | |
| 522 | UDTA PANCHI 5... | UDTA PANCHI 50 BX*18PK*15 GM CHEWING TOBACCO | | |
| 4 | ZAHOOR ZAFRA... | ZAHOOR ZAFRANI 27X12X50GM | [redacted] | [redacted] |
| 2 | ZARDA CHEWIN... | ZARDA CHEWING TOBACCO 12.15 KG | | |
| 2 | ZARDA CHEWIN... | ZARDA CHEWING TOBACCO 9 KG | | |
| 2 | ZARDA CHEWIN... | ZARDA CHEWING TOBACCO 12.960 KG | | |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** $187,115.00

EVOLUTION ENTERPRISES HOLDINGS INC

# Invoice

19223 E COLIMA ROAD #952
ROWLAND HEIGHTS, CA 91748

License No.090006140

| Date | Invoice # |
|---|---|
| 7/18/2022 | 8545 A |

| Bill To | Ship To |
|---|---|
| AGRO FOODS INC.<br>16518 VALLEY BLVD<br>LA PUENTE, CA 91744 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 7/18/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS | | |
| 40 | IPCO SNUFF TOB... | IPCO SNUFF TOBACCO 10*20*100 | [redacted] | [redacted] |
| 10 | KASMIRI KIWAM... | KASMIRI KIWAM 10*10*50GM | [redacted] | [redacted] |
| 10 | ROSE SNUFF 50G... | ROSE SNUFF 50GM*320 | [redacted] | [redacted] |
| 50 | BAGHBAN 10*20... | BAGHBAN 10*20*50 GM CHEWING TOBACCO | [redacted] | [redacted] |
| 40 | BUDHALAL 50PK... | BUDHALAL 50PK*24 PO* 7GM CHEWING TOBACCO | [redacted] | [redacted] |
| 10 | HANUMAN CHA... | HANUMAN CHAAP CHEWING TOBACCO 10 gm * 20p * 50 | [redacted] | [redacted] |
| 289 | KUBER 40PK,35P... | KUBER 40PK,35PO,15 GM CHEWING TOBACCO | [redacted] | [redacted] |
| 40 | MOAR CHAAP 10... | MOAR CHAAP 100 PK* 20 PO* 9 GM CHEWING TOBACCO | [redacted] | [redacted] |
| 220 | UDTA PANCHI 5... | UDTA PANCHI 50 BX*18PK*15 GM CHEWING TOBACCO | 105.00 | 23,100.00 |
| | | NON TOBACCO | | |
| 10 | CHUTKI MOUTH ... | CHUTKI MOUTH FRESHNER 104*60*2.2GM | [redacted] | [redacted] |
| 10 | DILLAGI SWEET ... | DILLAGI SWEET SUPARI 112*60*2 G | [redacted] | [redacted] |
| 5 | RAJNIGANDHA E... | RAJNIGANDHA ELAICHI 1320POUCH*1 | [redacted] | [redacted] |
| 20 | RAJNIGANDHA E... | RAJNIGANDHA ELAICHI 240PK*5.75G | [redacted] | [redacted] |
| 10 | SNOWPEAK RAS... | SNOWPEAK RASVA 150*100 GM | [redacted] | [redacted] |
| 20 | TULSI ROYAL K... | TULSI ROYAL KHAJOOR 6.5GM*24PKT*25POUCH | [redacted] | [redacted] |
| 250 | BOMBAY SUPAR... | BOMBAY SUPARI 96 *48*2.6386G | [redacted] | [redacted] |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** $157,675.00