# EXHIBIT 7

| Customer |
| --- |
| BALAJI FOODS INC. LA MIRADA |
| CJS TRADING LLC-PA |
| COOLWAVE WHOLESALE LLC |
| DESI MART 3 INC |
| DIVINE ENTERPRISES USA LLC |
| HIMALAYAN FRESH INC, CA |
| INDIA GROCERY INC -VA |
| JARDA KING LTD-IN |
| LAKESHORE DISTRIBUTORS |
| MYRA ENTERPRISES INC--S. Plainfield |
| MYRA ENTERPRISES INC- Carteret |
| ONE STOP DISTRIBUTION USA INC.-TX |
| ONE STOP DISTRIBUTION, IL |
| SHAKTI DISTRIBUTION, OH |
| TGR TRADING INC., |
| VIJAY COLLECTIONS-NJ |
| ZAM ZAM ENTERPRISES-GA |

**Bill to**

BALAJI FOODS INC. 15320 VALLEY VIEW AVE # 7 LA MIRADA, CA 90638-5236 LICENSE# 206064704

CJS TRADING LLC. 825 CHESTER PIKE UNIT-A PHONE: 1-626-267-5900 SHARON HILL,, PA 19079

COOLWAVE WHOLESALE LLC 56 ETHEL ROAD WEST #12 PISCATAWAY, NJ 08854 EMAIL- COOLWAVEUSA@GMAIL.COM

DESI MART 3 INC 750 ST. LOUIS AVE SKOKIE, IL-60076 PHONE: 847-322-2255

DIVINE ENTERPRISES USA LLC STE 101-1345 2000 PARK STREET COLUMBIA SC 29201

HIMALAYAN FRESH INC., CA 8426 ALBURTIS AVE WHITTIER, CA 90606-3210 LICENSE# LDQ STF 90-008271

INDIA GROCERY INC. 14879 PERSISTENCE DRIVE WOODBRIDGE,, VA 22191 Tax ID/ Permit #00721 PHONE: 1-703-627-97

JARDA KING LIMITED 922 EAST CHICAGO AVE EAST CHICAGO, IN 46312 PHONE: 1-312-371-7871

LAKESHORE DISTRIBUTORS 367 S ROHL WING ROAD # M ADDISON, IL 60101

MYRA ENTERPRISES INC. 100 RYAN STREET # 30 SOUTH PLAINFIELD, NJ 07080 PHONE : 1-732-609-0124

MYRA ENTERPRISES INC 1247 ROOSEVELT AVE CARTERET, NJ 07008

ONE STOP DISTRIBUTION INC. 12626INTERNATIONAL PARKWAY DALLAS, TX 75228 PHONE: 1646-318-2000

ONE STOP DISTRIBUTION 6267 WEST HOWARD ST NILES, IL 60714

SHAKTI DISTRIBUTION INC 11967 LEBANON RD SHARONVILLE, OH 45241 PHONE: 1-631-355-4344

TGR TRADING INC., 36-30 COLLEGE POINT BLVD FLUSHING, NY-11354

VIJAY COLLECTIONS 930 NEWARK AVENUE JERSEY CITY, NJ 07306

ZAM ZAM ENTERPRISES 5060 N. ROYAL ATLANTA DR. # 13 TUCKER, GA 30084 PHONE: 1-404-645-4578

| Main Email | Main Phone | OTHER PH |
|---|---|---|
| balajifoodsllc@gmail.com | 1-949-533-1514 | |
| cjstradingllc@yahoo.com | 1-626-267-5900 | |
| COOLWAVEUSA@GMAIL.COM | | |
| relianceusa@gmail.com | 847-322-2255 | |
| divineenterprises@usa.com | 646-318-2000 | |
| himalayanfreshinc@gmail.com | 1-909-993-4993 | |
| aggarwal.r.anil@gmail.com | 1-703-627-9758 | |
| kamaljhans@gmail.com | 708- 755- 1007 | 312-371-7871 |
| itugrocers@yahoo.com | 630-202-7340 | |
| enterprisesmyrainc@gmail.com | 1-732-609-0124 | |
| enterprisesmyrainc@gmail.com | 1-732-609-0124 | |
| grainmarketusa@gmail.com | 1-646-318-2000 | |
| mukhi_mahdi@yahoo.com | 773-290-7139 | |
| biren7107@yahoo.com | 1-631-355-4344 | |
| jsinghhouses@gmail.com | 917-293-9485 | |
| jayesh7258@yahoo.com | 551-358-5367 | |
| zam786zam@gmail.com | 1-404-645-4578 | |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**AGRO FOODS INC**
16518 E. VALLEY BLVD
LA PUENTE, CA 91744

**CITI BANK N.A. BR #693**
17801 COLIMA ROAD
CITY OF INDUSTRY, CA 91748

2309

3/29/2023

PAY TO THE ORDER OF AVERILL,GREEN & KIM $ **545.00

Five Hundred Forty-Five and 00/100*************************************************************************************** DOLLARS

AVERILL, GREEN & KIM
14831 EAST WHITTIER BLVD, STE 206
WHITTIER, CA 90605

MEMO
UDTA PANCHII Trademark, Docket No. 143/128-D

AUTHORIZED SIGNATURE

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈002309⑈ ⑆322271724⑆ 206634297⑈

AGRO FOODS INC

# Invoice

1610 S.GROVE AVE, UNIT A
ONTARIO, CA 91761

LICENSE NO.: 224861056

| Date | Invoice # |
|---|---|
| 6/10/2022 | 1725 |

| Bill To | Ship To |
|---|---|
| INDIA GROCERY INC.<br>14879 PERSISTENCE DRIVE<br>WOODBRIDGE,, VA 22191<br>Tax ID/ Permit #00721 PHONE: 1-703-627-97 | INDIA GROCERY INC.<br>14879 PERSISTENCE DRIVE<br>WOODBRIDGE, VA 22191<br>FAX: 703-574-8374<br>TAX ID/ PERMIT # 00721 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 6/10/2022 | | | |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| | TOBACCO PRODUCTS: | | |
| 30 | CHAINI KHAINI SNUFF 100BX*20*4.5 GM | 500.00 | 15,000.00 |
| 30 | UDTA PANCHI CHEWING TOBACCO 50*1815g | 125.00 | 3,750.00 |
| 50 | COOL LIP SNUFF TOBACCO 50X33X4.2 GM | 325.00 | 16,250.00 |
| 6 | KUBER CHEWING TOBACCO 40*35*15G | 225.00 | 1,350.00 |
| 10 | BUDHALA CHEWING TOBACCO 50*24*7GM | 80.00 | 800.00 |
| | NON-TOBACCO PRODUCTS: | | |
| 4 | ARECA NUT SHAHI MEVA 24*144*4 G | 144.00 | 576.00 |
| 10 | ARECA NUT BOMBAY 96*48*2.6386 | 200.00 | 2,000.00 |
| 2 | ARECA NUT GOGO 96*24*5G | 136.00 | 272.00 |
| 3 | TASTY 144*48 | 300.00 | 900.00 |
| 2 | HUM TUM 48*144 | 180.00 | 360.00 |
| 10 | ARECA NUT RASAILY SUPARI 36*24*1.50GM | 75.00 | 750.00 |
| 7 | ARECA NUT TULSI 24*48*4.8081G | 50.00 | 350.00 |
| | TOTAL 164 BXS IN 5 PALLETS BY EDI EXPRESS: TRACK # 585715895 | | |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** $42,358.00

AGRO FOODS INC

1610 S.GROVE AVE, UNIT A
ONTARIO, CA 91761

LICENSE NO.: 224861056

# Invoice

| Date | Invoice # |
|---|---|
| 6/7/2022 | 1717 |

| Bill To | Ship To |
|---|---|
| CJS TRADING LLC.<br>825 CHESTER PIKE UNIT-A<br>PHONE: 1-626-267-5900<br>SHARON HILL,, PA 19079 | CJS TRADING LLC.<br>SUNIL KUMAR<br>825 CHESTER PIKE UNIT-A<br>SHARON HILL, PA 19079<br>PHONE: 1-626-267-5900 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 6/7/2022 | | | |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| | TOBACCO PRODUCTS: | | |
| 20 | KUBER CHEWING TOBACCO 40*35*15G | 200.00 | 4,000.00 |
| 50 | BUDHALA CHEWING TOBACCO 50*24*7GM | 75.00 | 3,750.00 |
| 50 | CHAINI KHAINI SNUFF 100BX*20*4.5 GM | 500.00 | 25,000.00 |
| 30 | UDTA PANCHI CHEWING TOBACCO 50*1815g | 125.00 | 3,750.00 |
| 10 | MIRAJ CHEWING TOBACCO 20*30*20G | 190.00 | 1,900.00 |
| | NON-TOBACCO PRODUCTS: | | |
| 5 | JOHAR JOSHANDA TEA | 175.00 | 875.00 |
| 2 | TASTY 144*48 | 300.00 | 600.00 |
| 2 | BLUE RIBBON 168*24 | 144.00 | 288.00 |
| | TOTAL 169 BXS IN 5 PALLETS BY EDI EXPRESS: TRACK # 580821828 | | |

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California

**Total** $40,163.00

AGRO FOODS INC

1610 S.GROVE AVE, UNIT A
ONTARIO, CA 91761

LICENSE NUMBER: 224861056

# Invoice

| Date | Invoice # |
|---|---|
| 5/11/2022 | 1655 |

| Bill To | Ship To |
|---|---|
| NEW INDIA BAZAAR<br>4552 DUBLIN BLVD<br>DUBLIN, CA 94586<br>LICENSE # 091376861<br>PHONE: 408-781-6311 | NEW INDIA BAZAAR<br>885 YOSEMITE WAY<br>MILPITAS,CA 95035<br>PHONE: 408-781-6311<br>LICENSE # 091386166 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | CALTX | 5/11/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | | |
| 0.3 | IPCO SNUFF 100*... | IPCO SNUFF 100*20*10PKT | 650.00 | 195.00 |
| 0.14 | BUDHALA CHEW... | BUDHALA CHEWING TOBACCO 50*24*7GM | 160.00 | 22.40 |
| 1 | CHAINI KHAINI p... | CHAINI KHAINI SNUFF 100BX*20*4.5 GM | 650.00 | 650.00 |
| 4 | UDTA PANCHI C... | UDTA PANCHI CHEWING TOBACCO 50*1815g | 275.00 | 1,100.00 |
| | | TOTAL 7 BXS OUT OF 82 BXS: SHIPPED BY LASF TRUCKING:<br>BOL FROM EVOLUTION ENTP | | |

| | |
|---|---|
| PRICE INCLUDES CALIFORNIA EXCISE TAX | **Total** $1,967.40 |

AGRO FOODS INC

1610 S.GROVE AVE, UNIT A
ONTARIO, CA 91761

LICENSE NUMBER: 224861056

# Invoice

| Date | Invoice # |
|---|---|
| 4/18/2022 | 1605 |

| Bill To | Ship To |
|---|---|
| BALAJI FOODS INC.<br>15320 VALLEY VIEW AVE # 7<br>LA MIRADA, CA 90638-5236<br>LICENSE# 206064704 | BALAJI FOODS INC.<br>15320 VALLEY VIEW AVE # 7<br>LA MIRADA, CA 90638-5236<br>LICENSE# 206064704<br>FAX: 1-866-433-8577 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 4/18/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | TOBACCO PRODUCTS: | | |
| 4 | COOL LIP SNUFF... | COOL LIP SNUFF TOBACCO 50X33X4.2 GM | 400.00 | 1,600.00 |
| 3 | UDTA PANCHI C... | UDTA PANCHI CHEWING TOBACCO 50*1815g | 250.00 | 750.00 |
| 1 | KUBER CHEWIN... | KUBER CHEWING TOBACCO 40*35*15G | 400.00 | 400.00 |
| | | TOTAL 8 BXS: PICKED UP | | |
| | | . | 0.00% | 0.00 |

| PRICE INCLUDES CALIFORNIA EXCISE TAX | Total | $2,750.00 |
|---|---|---|

AGRO FOODS INC

1610 S.GROVE AVE, UNIT A
ONTARIO, CA 91761

LICENSE NO.: 224861056

# Invoice

| Date | Invoice # |
|---|---|
| 4/13/2022 | 1598 |

**Bill To**

HIMALAYAN FRESH INC., CA
8426 ALBURTIS AVE
WHITTIER, CA 90606-3210
LICENSE# LDQ STF 90-008271

**Ship To**

HIMALAYAN FRESH INC.
8426 ALBURTIS AVE
WHITTIER, CA 90606-3210
LICENSE# LDQ STF 90-008271

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 4/13/2022 | | | |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| | TOBACCO PRODUCTS: | | |
| 10 | MIRAJ CHEWING TOBACCO 20*30*20G | 190.00 | 1,900.00 |
| 5 | UDTA PANCHI CHEWING TOBACCO 50*1815g | 200.00 | 1,000.00 |
| 5 | COOL LIP SNUFF TOBACCO 50X33X4.2 GM | 325.00 | 1,625.00 |
| 0.5 | IPCO SNUFF 100*20*10PKT | 475.00 | 237.50 |
| 1 | BUDHALA CHEWING TOBACCO 50*24*7GM | 125.00 | 125.00 |
| | TOTAL 22 BXS: DELIVERED: | | |
| | . | 0.00% | 0.00 |

**Total** $4,887.50

CUSTOMER IS LIABLE FOR THEIR STATE TOBACCO TAXES.
For any legal suit, action or proceeding for this invoice, it shall be instituted exclusively in the court of State of California


TO OPEN POUCH PRESS SEAL BY THUMB
WARNING
THIS PRODUCT IS NOT SAFE ALTERNATIVE TO CIGARETTES
ORIGINAL
Udta Panchhi
Tobacco
NEW PACK
उड़ता पंछी
SPIT TOBACCO