# EXHIBIT 8

## COMMERCIAL INVOICE CUM PACKING LIST

| | |
|---|---|
| ***Exporter:*** | *Invoice No. Ref. & Date* **026 14-08-2021** — *Exporter's Ref.* **IEC No.ALRPN4870H** |
| **JKS Trader**<br>**H.NO. 287 MAMTA ENCLAVE, DHAKOLI ZIRAKPUR, DERABASSI**<br>**PUNJAB 160104**<br>**INDIA**<br>**GSTIN: 03ALRPN4870H1ZS**<br>**FDA Regd. No. 12349510762** | *Buyer's Order No.& Date* *026/14-08-2021* |
| ***Consignee:***<br>**ONKAR TRADING LLC**<br>**510 TURNER INDUSTRIAL WAY, ASTON**<br>**PENNSLYVANIA 19014**<br>**E-mail: onkartradingllc@gmail.com, linda@priorityimport.com**<br>**Ph No:001 6269055573. Mr. Sunny Kwatra**<br>**Fax: 18779076208.** | *Other References (s)*<br><br>Country of Origin of goods: **INDIA**<br>Country of Final Destinatio: **UNITED STATES** |

| *Pre-Carriage by* | *Place of Receipt by Pre-Carrier* | |
|---|---|---|
| **By Road** | **GUJARAT** | ***Banker's details: HDFC*** **BANK LIMITED**<br>**Address: SCO 52, Ground Floor , Sector 11**<br>**Panchkula, Haryana 134109**<br>**SWIFT CODE NO.: HDFCINBB**<br>**Account No.: 50200043316309**<br>**IFSC CODE:. HDFC0000061** |
| *Vessel/Flight No.* **SEA** | *Port of Loading* **ICD, TKD, NEW DELHI** | |
| *Port of Discharge* **PHILADELPHIA** | *Final Destination* **PHILADELPHIA** | Terms of delivery: PAYMENT AFTER DELIVERY<br>**FOB:By SEA AT PORT PHILADELPHIA** |

| *Marks of Nos./ Container No.* | *No. & Kinds of Pkgs.* | *Description of Goods* | *Quantity* | *Rate* | ***Amount*** |
|---|---|---|---|---|---|
| **CARTON No.** | | | | | |
| 1 TO 100 | **UDTA PANCHI**<br>1 CARTON CONTAINS 50 PACKETS<br>1 PACKET CONTAINS 15 POUCHES<br>1 POUCH WEIGHS 15 GMS | | **100 CTNS** | **65.07** | **6507.00** |
| **101 TO 150** | **Chewing Tobacco ( ANSUL KHAINI)**<br>1 BAG CONTAINS 65 PACKETS<br>1 PACKET CONTAINS 8 POUCHES<br>1 POUCH WEIGHS 20 GMS | | **50 CTNS** | **66.44** | **3322.00** |
| FREIGHT CHARGES | | | | | **2050.00** |
| COMMISSION | | | | | **838.00** |
| **NO. OF MARKS.**<br>**150 CARTONS**<br><br>NET **WEIGHT:1645.000 Kgs.**<br>GROSS WEIGHT:**1850.000 Kgs.** | | | | | |
| **USD TWELVE THOUSAND SEVEN HUNDRED SEVENTEEN ONLY** | | | | | **12717.00** |

**DECLARATION:**
We declare that this invoice shows the actual price of goods described and that all particulars are true and correct.

For: **JKS TRADER**

**Authorised Signatory**


A PRODUCT OF INDIA
QUALITY
ORIGINAL
Udta Panchhi
TM
Tobacco
उड़ता पंछी
100% INDIAN TOBACCO
SAFELY ALLOWED IN THE UNITED STATES
WARNING
THIS PRODUCT IS
NOT SAFE
ALTERNATIVE TO
CIGARETTES
18 POUCHES
EACH TAX CLASS 'C'
June/2027 NOT FOR MINORS


EXPORT QUALITY
ओरिजनल
उड़ता पंछी
TM
तम्बाकू
Udta Panchhi
WARNING
THIS PRODUCT IS NOT SAFE ALTERNATIVE TO CIGARETTES
INDUSTRIES
Mfd. By: SHIV TOBACCO CO.