Pankaj S. Raval (SBN 273973)
**CARBON LAW GROUP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: (323) 543-4453
Email: trademarks@carbonlg.com
ATTORNEY FOR PLAINTIFF AND COUNTER-DEFENDANT
AGRO FOODS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

AGRO FOODS, INC., a California corporation,

Plaintiff,

v.

ONKAR TRADING, LLC, a Pennsylvania limited liability company; and DOES 1 to 50,

Defendants.

AND COUNTERCLAIMS.

Case No. 5:24-cv-02378-SSS (DTBx)

The Hon. Sunshine S. Sykes

**DECLARATION OF RAJIV KUMAR IN SUPPORT OF PLAINTIFF AGRO FOODS, INC.'S OPPOSITION TO DEFENDANT ONKAR TRADING LLC'S MOTION FOR SUMMARY JUDGMENT**

Date: October 2, 2026
Time: 2:00 p.m.
Ctrm: 2, 2nd Floor

Trial Date: January 4, 2027

## DECLARATION OF RAJIV KUMAR

I, Rajiv Kumar, declare as follows:

1. I am the president of Plaintiff and Counter-Defendant Agro Foods, Inc. ("Agro"). I submit this declaration in support of Agro's Opposition to the Motion for Summary Judgment filed by Defendant and Counter-Claimant Onkar Trading LLC ("Onkar"). I have personal knowledge of the facts set forth below, and if called as a witness I could and would testify competently to them. I gave deposition testimony in this action on March 26, 2026 as Agro's designee under Federal Rule of Civil Procedure 30(b)(6). Nothing in this declaration is intended to alter that testimony.

2. I provided services for Evolution Enterprises Holdings, Inc. ("Evolution") from approximately 2011 to 2024. Part of my work with Evolution consisted of creating and supporting the sales of new product lines. I was acting on behalf of Evolution when Evolution filed its application for the UDTA PANCHHI mark ("Mark") and facilitated bringing the UDTA PANCHHI product to the United States.

3. In 2015, I traveled to India to identify a manufacturer that could produce chewing tobacco for sale in the United States. My prior declaration in this action gave this date as "on or about April 2016." That was an approximation, as I said at my deposition, and I clarify it here. During a 2015 trip to India, I met Vineet Kumar in connection with Shiv Tobacco Company. I informed Vineet Kumar of the desire to sell tobacco goods under the Mark in the United States and that goods bearing it

could not be supplied to anyone else in the United States. He agreed that Shiv would not supply the product to any other wholesaler or retailer in the United States. He also told me, in substance, that the Mark was ours. I understood that arrangement to exist for the benefit of Evolution, the company in whose name the United States application had been filed and which became the registrant in 2017. After the 2022 transfer, Agro became the owner of the Mark and its goodwill.

4. The registration was applied for and obtained in Evolution's name. I did not know, at the time Evolution's application was filed, that Shiv was already manufacturing or selling a product of its own under the name UDTA PANCHHI. I selected Shiv because of its production capacity and its history of manufacturing tobacco products in India.

5. Neither Evolution nor Agro manufactures the product. Both, however, have had the right to direct how it is made. If I wanted the formulation of the product changed, I could direct Shiv to change it. I have not directed a change in the formulation, because the existing formulation performs well in the market and not because I lack the right to do so. I also have the right to stop working with Shiv and to have the product manufactured elsewhere.

6. Evolution and Agro have also controlled elements of the packaging. The samples first sent from India did not comply with United States requirements. We

added the statutory warning, the tax class designation, and the weight declaration, among other items, before the goods could be sold here. Packaging was not finalized without our approval, and I approved the appearance of the goods as they are sold in the United States.

7. Neither Evolution nor Agro sells to consumers. We sell to a limited number of distributors, who sell to retailers, who sell to consumers. The distributors we deal with in the United States are few in number and have dealt with us for years. They know that the authentic United States supply of this product comes from us. When a distributor or a retailer has a problem with the product, that person contacts us, and I take the issue up with the manufacturer.

8. In or about March 2022, Evolution and I agreed to separate the businesses we had been operating from the same premises. Evolution was importing a number of brands. We divided them, so that Evolution would continue with certain brands and Agro would continue with others, in order to avoid competing against one another in the same market. UDTA PANCHHI was allocated to Agro as part of that division. As consideration for the division, the parties exchanged brands, services, and payment for inventory.

9. On June 1, 2022, counsel then acting for Evolution sent Onkar Trading LLC a letter by United States priority mail demanding that Onkar stop importing and

selling goods bearing the mark. The letter identified the United States registration by serial number and by its effective date. A copy of that letter is attached to the Declaration of Jack Williams, IV filed by Onkar as Exhibit H. The letter was sent approximately two and a half years before this action was filed.

10. I did not authorize anyone to forge any signature on any document, and I did not forge any signature. Mr. Bhasin did not personally sign every document issued in Evolution's name. He was frequently unavailable, and a signature stamp bearing his signature was used with his authority on Evolution's documents as a matter of ordinary practice. The transfer of the mark to Agro reflected the division of brands described above, which Evolution and I agreed to.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 28, 2026, at Ontario, California.

DocuSigned by:
Rajiv Kumar
0698F4383DEC440...

Rajiv Kumar