Pankaj S. Raval (SBN 273973)
**CARBON LAW GROUP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: (323) 543-4453
Email: trademarks@carbonlg.com
ATTORNEY FOR PLAINTIFF AND COUNTER-DEFENDANT
AGRO FOODS, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| AGRO FOODS, INC., a California corporation,<br>Plaintiff,<br>v.<br>ONKAR TRADING, LLC, a Pennsylvania limited liability company; and DOES 1 to 50,<br>Defendants.<br>AND COUNTERCLAIMS. | Case No. 5:24-cv-02378-SSS (DTBx)<br>The Hon. Sunshine S. Sykes<br>**(PROPOSED) ORDER DENYING DEFENDANT AND COUNTER-CLAIMANT ONKAR TRADING LLC'S MOTION FOR SUMMARY JUDGMENT (Doc. 85)**<br>Date: October 2, 2026<br>Time: 2:00 p.m.<br>Ctrm: 2, 2nd Floor<br>Trial Date: January 4, 2027 |

The Motion for Summary Judgment of Defendant and Counter-Claimant Onkar Trading LLC (Doc. 85) came before the Court. The Court has considered the moving papers, the opposition of Plaintiff and Counter-Defendant Agro Foods, Inc.,

any reply, the separate statements and evidence submitted by the parties, and the argument of counsel.

The court, having considered the Motion and finding that genuine disputes of material fact preclude summary judgment on each ground asserted, hereby DENIES the Motion.

IT IS SO ORDERED.

Dated: ______________________

______________________________

SUNSHINE S. SYKES

United States District Judge