Pankaj S. Raval (SBN 273973)
**CARBON LAW GROUP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: (323) 543-4453
Email: trademarks@carbonlg.com
ATTORNEY FOR PLAINTIFF AND COUNTER-DEFENDANT
AGRO FOODS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| AGRO FOODS, INC., a California corporation,<br>Plaintiff,<br>v.<br>ONKAR TRADING, LLC, a Pennsylvania limited liability company; and DOES 1 to 50,<br>Defendants.<br>AND COUNTERCLAIMS. | Case No. 5:24-cv-02378-SSS (DTBx)<br><br>The Hon. Sunshine S. Sykes<br><br>**(PROPOSED) ORDER ON PLAINTIFF AGRO FOODS, INC.'S EVIDENTIARY OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF DEFENDANT ONKAR TRADING LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 2, 2026<br>Time: 2:00 p.m.<br>Ctrm: 2, 2nd Floor<br><br>Trial Date: January 4, 2027 |

The Court has considered the Evidentiary Objections of Plaintiff and Counter-Defendant Agro Foods, Inc. to evidence submitted by Defendant and Counter-

Claimant Onkar Trading LLC in support of its Motion for Summary Judgment [Dkt. No. 85], any response thereto, and the record in this action. The Court rules as follows.

| **Obj. No.** | **Material Objected To** | **Sustained** | **Overruled** |
|---|---|---|---|
| **1** | Kwatra Decl. ¶ 2 (2008 availability in India; identification of manufacturer and trademark owner) | | |
| **2** | Kwatra Decl. ¶ 2 and Exhibit O | | |
| **3** | Kwatra Decl. ¶ 3 (reputation in India and the Indian diaspora) | | |
| **4** | Kwatra Decl. ¶ 5 (goods sold by Evolution stated they were Shiv's brand) | | |
| **5** | Kwatra Decl. ¶ 6 and Exhibit P (purported written authorization) | | |
| **6** | Kwatra Decl. ¶ 7 (authentication of Williams Decl. Ex. J), as offered for ownership or authority | | |
| **7** | Williams Decl. ¶ 13 and Exhibit L (Onkar's First Amended Responses to Interrogatories) | | |
| **8** | Williams Decl. ¶ 12 and Exhibit K (October 30, 2025 email) | | |

| Obj. No. | Material Objected To | Sustained | Overruled |
|---|---|---|---|
| **9** | Williams Decl. ¶ 14 and Exhibit M, as offered for the characterization of the transfer instrument as a forgery | | |

IT IS SO ORDERED.

Dated: ______________________

______________________________
SUNSHINE S. SYKES
United States District Judge