Pankaj S. Raval (SBN 273973)
**CARBON LAW GROUP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: (323) 543-4453
Email: trademarks@carbonlg.com

ATTORNEY FOR PLAINTIFF AND COUNTER-DEFENDANT
AGRO FOODS, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| AGRO FOODS, INC., a California corporation,<br>Plaintiff,<br>v.<br>ONKAR TRADING, LLC, a Pennsylvania limited liability company; and DOES 1 to 50,<br>Defendants.<br>AND COUNTERCLAIMS. | Case No. 5:24-cv-02378-SSS (DTBx)<br>The Hon. Sunshine S. Sykes<br>**CERTIFICATE OF SERVICE**<br>Date: October 2, 2026<br>Time: 2:00 p.m.<br>Ctrm: 2, 2nd Floor<br>Trial Date: January 4, 2027 |

I hereby certify that on August 28, 2026, I electronically filed the foregoing documents with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system:

1. Plaintiff Agro Foods, Inc.'s Opposition to Defendant Onkar Trading LLC's Motion for Summary Judgment;

2. Plaintiff Agro Foods, Inc.'s Statement of Genuine Disputes of Material Fact and Additional Material Facts;
3. Plaintiff Agro Foods, Inc.'s Evidentiary Objections to Evidence Submitted in Support of Defendant Onkar Trading LLC's Motion for Summary Judgment, and [Proposed] Order thereon attached thereto;
4. Declaration of Pankaj S. Raval and Exhibits 1 through 8 thereto;
5. Declaration of Rajiv Kumar;
6. [Proposed] Order Denying Defendant and Counter-Claimant Onkar Trading LLC's Motion for Summary Judgment; and
7. This Certificate of Service.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 28, 2026, at Los Angeles, California.



Pankaj S. Raval